```
000431
CO.   FILE   DEPT.   CLOCK   VCHR. NO.   030
7L2  001370 002030           0000180203   1
```

# Earnings Statement

ADP

P G PUBLISHING CO
2201 SWEENEY DR
CLINTON, PA 15026

Period Beginning: 04/21/2019
Period Ending:    04/27/2019
Pay Date:         05/02/2019

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal: 1,$20 Additional Tax
  PA:      N/A

TROY R SHEFFIELD
728 MACBETH DRIVE
PITTSBURGH PA 15235

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.1920 | 7.50 | 181.44 | 3,810.24 |
| Hea/Wag Diver | | | -94.79 | -1,445.07 |
| Overtime 1.50 | 36.4880 | 7.50 | 273.66 | 1,094.64 |
| Shft 3 Regular | 24.3253 | 30.00 | 729.76 | 12,405.92 |
| Holiday Hourly | | | | 362.88 |
| Pre/Pos Straigh | | | | 24.19 |
| Wrk Holidy Nite | | | | 364.88 |
| **Gross Pay** | | | **$1,090.07** | 16,617.68 |

Your federal taxable wages this period are $1,090.07

**Important Notes**
COMPANY PH#: 412-263-1179

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -146.33 | 1,509.67 |
| Social Security Tax | | -67.59 | 1,030.30 |
| Medicare Tax | | -15.81 | 240.96 |
| PA State Income Tax | | -33.47 | 510.17 |
| Findlay Twp Local Svc Tax | | -1.00 | 18.00 |
| Penn Hills T Income Tax | | -19.08 | 290.81 |
| PA SUI/SDI Tax | | -0.65 | 9.97 |
| **Other** | | | |
| Credit Union | | -113.00 | 2,034.00 |
| MAILER | | -21.80 | 332.36 |
| **Net Pay** | | **$671.34** | |
| Checking Acct | | -671.34 | |
| **Net Check** | | **$0.00** | |

©1998, 2006. ADP, LLC  All Rights Reserved.

▼ TEAR HERE

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

P G PUBLISHING CO
2201 SWEENEY DR
CLINTON, PA 15026

Advice number:  00000180203
Pay date:       05/02/2019



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| TROY R SHEFFIELD | xxxxxx7017 | xxxx xxxx | $671.34 |

# NON-NEGOTIABLE

```
000334
CO.   FILE    DEPT.    CLOCK  VCHR NO.  030
7L2   001370  002030          0000200203  1
```

## Earnings Statement 

P G PUBLISHING CO
2201 SWEENEY DR
CLINTON, PA 15026

Period Beginning: 05/05/2019
Period Ending: 05/11/2019
Pay Date: 05/16/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1, $20 Additional Tax
  PA: N/A

TROY R SHEFFIELD
728 MACBETH DRIVE
PITTSBURGH PA 15235

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.1920 | 7.50 | 181.44 | 4,173.12 |
| Hea/Wag Diver | | | -72.90 | -1,590.87 |
| Shft 3 Regular | 24.3253 | 30.00 | 729.76 | 13,865.44 |
| Holiday Hourly | | | | 362.88 |
| Overtime 1.50 | | | | 1,094.64 |
| Pre/Pos Straigh | | | | 24.19 |
| Wrk Holidy Nite | | | | 364.88 |
| **Gross Pay** | | | **$838.30** | 18,294.28 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -98.40 | 1,706.47 |
| Social Security Tax | | -51.98 | 1,134.25 |
| Medicare Tax | | -12.16 | 265.27 |
| PA State Income Tax | | -25.74 | 561.65 |
| Findlay Twp Local Svc Tax | | -1.00 | 20.00 |
| Penn Hills T Income Tax | | -14.67 | 320.15 |
| PA SUI/SDI Tax | | -0.51 | 10.98 |
| **Other** | | | |
| Credit Union | | -113.00 | 2,260.00 |
| MAILER | | -16.77 | 365.90 |
| **Net Pay** | | **$504.07** | |
| Checking Acct | | -504.07 | |
| **Net Check** | | **$0.00** | |

Important Notes
COMPANY PH#: 412-263-1179

©1998, 2006, ADP, LLC   All Rights Reserved.



# Earnings Statement

| | |
|---|---|
| Period Beginning: | 05/26/2019 |
| Period Ending: | 06/01/2019 |
| Pay Date: | 06/06/2019 |

P G PUBLISHING CO
2201 SWEENEY DR
CLINTON, PA 15026

TROY R SHEFFIELD
728 MACBETH DRIVE
PITTSBURGH PA 15235

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1, $20 Additional Tax
  PA: N/A

Your federal taxable wages this period are $1,003.39

**Important Notes**
COMPANY PH#: 412-263-1179

000239
CO  FILE  DEPT  CLOCK  VCHR NO. 030
7L2  001370  002030    0000230205  1

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.1920 | 22.50 | 544.32 | 5,443.20 |
| Hea/Wag Diver | | | -87.25 | -1,823.76 |
| Holiday Hourly | 24.1920 | 7.50 | 181.44 | 544.32 |
| Shft 3 Regular | | | | 15,324.96 |
| Overtime 1.50 | 24.3253 | 15.00 | 364.88 | 1,094.64 |
| Pre/Pos Straigh | | | | 24.19 |
| Wrk Holidy Nite | | | | 364.88 |
| **Gross Pay** | | | **$1,003.39** | 20,972.43 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -127.26 | 2,030.31 |
| Social Security Tax | -62.21 | 1,300.29 |
| Medicare Tax | -14.55 | 304.10 |
| PA State Income Tax | -30.80 | 643.87 |
| Findlay Twp Local Svc Tax | -1.00 | 23.00 |
| Penn Hills T Income Tax | -17.56 | 367.01 |
| PA SUI/SDI Tax | -0.60 | 12.58 |
| **Other** | | |
| Credit Union | -113.00 | 2,599.00 |
| MAILER | -20.07 | 419.47 |
| **Net Pay** | **$616.34** | |
| Checking Acct | -616.34 | |
| **Net Check** | **$0.00** | |



# Earnings Statement

Period Beginning: 06/02/2019
Period Ending: 06/08/2019
Pay Date: 06/13/2019

P G PUBLISHING CO
2201 SWEENEY DR
CLINTON, PA 15026

TROY R SHEFFIELD
728 MACBETH DRIVE
PITTSBURGH PA 15235

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 1, $20 Additional Tax
 PA: N/A

**Important Notes**
COMPANY PH#: 412-263-1179

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.1920 | 7.50 | 181.44 | 5,624.64 |
| Hea/Wag Diver | | | -72.90 | -1,896.66 |
| Shft 3 Regular | 24.3253 | 30.00 | 729.76 | 16,054.72 |
| Holiday Hourly | | | | 544.32 |
| Overtime 1.50 | | | | 1,094.64 |
| Pre/Pos Straigh | | | | 24.19 |
| Wrk Holidy Nite | | | | 364.88 |
| **Gross Pay** | | | **$838.30** | 21,810.73 |

| Deductions | | |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -98.40 | 2,128.71 |
| Social Security Tax | -51.98 | 1,352.27 |
| Medicare Tax | -12.16 | 316.26 |
| PA State Income Tax | -25.74 | 669.61 |
| Findlay Twp Local Svc Tax | -1.00 | 24.00 |
| Penn Hills T Income Tax | -14.67 | 381.68 |
| PA SUI/SDI Tax | -0.51 | 13.09 |
| **Other** | | |
| Credit Union | -113.00 | 2,712.00 |
| MAILER | -16.77 | 436.24 |
| **Net Pay** | **$504.07** | |
| Checking Acct | -504.07 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $838.30

000725
CO FILE DEPT CLOCK VCHR NO. 030
7L2 001370 002030    0000240473 1



# Earnings Statement

Period Beginning: 06/09/2019
Period Ending: 06/15/2019
Pay Date: 06/20/2019

P G PUBLISHING CO
2201 SWEENEY DR
CLINTON, PA 15026

TROY R SHEFFIELD
728 MACBETH DRIVE
PITTSBURGH PA 15235

000232
CO FILE DEPT. CLOCK VCHR.NO. 030
7L2 001370 002030      0000250200 1

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1, $20 Additional Tax
  PA: N/A

**Important Notes**
COMPANY PH#: 412-263-1179

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.1920 | 7.50 | 181.44 | 5,806.08 |
| Hea/Wag Diver | | | -72.90 | -1,969.56 |
| Shft 3 Regular | 24.3253 | 30.00 | 729.76 | 16,784.48 |
| Holiday Hourly | | | | 544.32 |
| Overtime 1.50 | | | | 1,094.64 |
| Pre/Pos Straigh | | | | 24.19 |
| Wrk Holidy Nite | | | | 364.88 |
| **Gross Pay** | | | **$838.30** | 22,649.03 |

**Deductions**

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -98.40 | 2,227.11 |
| Social Security Tax | -51.97 | 1,404.24 |
| Medicare Tax | -12.15 | 328.41 |
| PA State Income Tax | -25.74 | 695.35 |
| Findlay Twp Local Svc Tax | -1.00 | 25.00 |
| Penn Hills T Income Tax | -14.67 | 396.35 |
| PA SUI/SDI Tax | -0.50 | 13.59 |

| Other | | |
|---|---|---|
| Credit Union | -113.00 | 2,825.00 |
| MAILER | -16.77 | 453.01 |
| **Net Pay** | **$504.10** | |
| Checking Acct | -504.10 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $838.30

# Earnings Statement

**ADP**

Period Beginning: 06/30/2019
Period Ending: 07/06/2019
Pay Date: 07/11/2019

P G PUBLISHING CO
2201 SWEENEY DR
CLINTON, PA 15026

TROY R SHEFFIELD
728 MACBETH DRIVE
PITTSBURGH PA 15235

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1,$20 Additional Tax
PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.1920 | 7.50 | 181.44 | 6,713.28 |
| Hea/Wag Diver | | | -87.41 | -2,247.36 |
| Holiday Hourly | 24.1920 | 7.50 | 181.44 | 725.76 |
| Shft 3 Regular | 24.3253 | 30.00 | 729.76 | 18,608.88 |
| Overtime 1.50 | | | | 1,641.96 |
| Pre/Pos Straigh | | | | 24.19 |
| Reg2 Nite | | | | 12.16 |
| Wrk Holidy Nite | | | | 364.88 |
| **Gross Pay** | | | **$1,005.23** | 25,843.75 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -127.67 | 2,649.50 |
| Social Security Tax | | -62.32 | 1,602.31 |
| Medicare Tax | | -14.57 | 374.73 |
| PA State Income Tax | | -30.86 | 793.43 |
| Findlay Twp Local Svc Tax | | -1.00 | 28.00 |
| Penn Hills T Income Tax | | -17.59 | 452.26 |
| PA SUI/SDI Tax | | -0.61 | 15.51 |
| **Other** | | | |
| Credit Union | | -113.00 | 3,164.00 |
| MAILER | | -20.10 | 516.90 |
| **Net Pay** | | **$617.51** | |
| Checking Acct | | -617.51 | |
| **Net Check** | | **$0.00** | |

### Important Notes
COMPANY PH#: 412-263-1179

Your federal taxable wages this period are $1,005.23

000708
CO FILE DEPT CLOCK VCHR NO. 030
7L2  001370 002030        0000280470  1

# Earnings Statement

**ADP**

| | |
|---|---|
| Period Beginning: | 07/07/2019 |
| Period Ending: | 07/13/2019 |
| Pay Date: | 07/18/2019 |

TROY R SHEFFIELD
728 MACBETH DRIVE
PITTSBURGH PA 15235

CO. 000295
FILE 7L2   DEPT. 001370   CLOCK 002030   VCHR. NO. 030
0000290203 1

P G PUBLISHING CO
2201 SWEENEY DR
CLINTON, PA 15026

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 1, $20 Additional Tax
 PA: N/A

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.1920 | 7.50 | 181.44 | 6,894.72 |
| Hea/Wag Diver | | | -94.79 | -2,342.15 |
| Overtime 1.50 | 36.4880 | 7.50 | 273.66 | 1,915.62 |
| Shft 3 Regular | 24.3253 | 30.00 | 729.76 | 19,338.64 |
| Holiday Hourly | | | | 725.76 |
| Pre/Pos Straigh | | | | 24.19 |
| Reg2 Nite | | | | 12.16 |
| Wrk Holidy Nite | | | | 364.88 |
| **Gross Pay** | | | **$1,090.07** | 26,933.82 |

### Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -146.33 | 2,795.83 |
| Social Security Tax | -67.59 | 1,669.90 |
| Medicare Tax | -15.81 | 390.54 |
| PA State Income Tax | -33.47 | 826.90 |
| Findlay Twp Local Svc Tax | -1.00 | 29.00 |
| Penn Hills T Income Tax | -19.08 | 471.34 |
| PA SUI/SDI Tax | -0.65 | 16.16 |

**Other**

| | this period | year to date |
|---|---|---|
| Credit Union | -113.00 | 3,277.00 |
| MAILER | -21.80 | 538.70 |

**Net Pay** $671.34
Checking Acct -671.34
**Net Check** $0.00

Your federal taxable wages this period are $1,090.07

**Important Notes**
COMPANY PH#: 412-263-1179

# ADP

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 07/14/2019 |
| Period Ending: | 07/20/2019 |
| Pay Date: | 07/25/2019 |

TROY R SHEFFIELD
728 MACBETH DRIVE
PITTSBURGH PA 15235

**Important Notes**
COMPANY PH#: 412-263-1179

Your federal taxable wages this period are $834.62

```
000337
CO    FILE     DEPT     CLOCK   VCHR NO.   030
7L2   001370   002030                      0000300204  1
```

P G PUBLISHING CO
2201 SWEENEY DR
CLINTON, PA 15026

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  1, $20 Additional Tax
  PA:       N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Hea/Wag Diver | | | -72.58 | -2,414.73 |
| Vacation | 24.1920 | 37.50 | 907.20 | 907.20 |
| Regular | | | | 6,894.72 |
| Holiday Hourly | | | | 725.76 |
| Overtime 1.50 | | | | 1,915.62 |
| Pre/Pos Straigh | | | | 24.19 |
| Reg2 Nite | | | | 12.16 |
| Shft 3 Regular | | | | 19,338.64 |
| Wrk Holidy Nite | | | | 364.88 |
| **Gross Pay** | | | **$834.62** | 27,768.44 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -97.96 | 2,893.79 |
| | Social Security Tax | -51.74 | 1,721.64 |
| | Medicare Tax | -12.10 | 402.64 |
| | PA State Income Tax | -25.62 | 852.52 |
| | Findlay Twp Local Svc Tax | -1.00 | 30.00 |
| | Penn Hills T Income Tax | -14.61 | 485.95 |
| | PA SUI/SDI Tax | -0.50 | 16.66 |
| | **Other** | | |
| | Credit Union | -113.00 | 3,390.00 |
| | MAILER | -16.69 | 555.39 |
| | **Net Pay** | **$501.40** | |
| | Checking Acct | -501.40 | |
| | **Net Check** | **$0.00** | |



# Earnings Statement

| | |
|---|---|
| Period Beginning: | 07/21/2019 |
| Period Ending: | 07/27/2019 |
| Pay Date: | 08/01/2019 |

P G PUBLISHING CO
2201 SWEENEY DR
CLINTON, PA 15026

TROY R SHEFFIELD
728 MACBETH DRIVE
PITTSBURGH PA 15235

000235
CO  FILE   DEPT   CLOCK  VCHR. NO. 030
7L2  001370 002030        0000310203  1

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1, $20 Additional Tax
  PA: N/A

Your federal taxable wages this period are $1,340.92

**Important Notes**
COMPANY PH#: 412-263-1179

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.1920 | 15.00 | 362.88 | 7,257.60 |
| Hea/Wag Diver | | | -116.60 | -2,531.33 |
| Overtime 1.50 | 36.4880 | 15.00 | 547.32 | 2,462.94 |
| Shft 3 Regular | 24.3253 | 22.50 | 547.32 | 19,885.96 |
| Holiday Hourly | | | | 725.76 |
| Pre/Pos Straigh | | | | 24.19 |
| Reg2 Nite | | | | 12.16 |
| Vacation | | | | 907.20 |
| Wrk Holidy Nite | | | | 364.88 |
| **Gross Pay** | | | **$1,340.92** | 29,109.36 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -201.52 | 3,095.31 |
| | Social Security Tax | -83.14 | 1,804.78 |
| | Medicare Tax | -19.45 | 422.09 |
| | PA State Income Tax | -41.17 | 893.69 |
| | Findlay Twp Local Svc Tax | -1.00 | 31.00 |
| | Penn Hills T Income Tax | -23.47 | 509.42 |
| | PA SUI/SDI Tax | -0.81 | 17.47 |
| | Other | | |
| | Credit Union | -113.00 | 3,503.00 |
| | MAILER | -26.82 | 582.21 |
| | **Net Pay** | **$830.54** | |
| | Checking Acct | -830.54 | |
| | **Net Check** | **$0.00** | |



# Earnings Statement

Period Beginning: 07/28/2019
Period Ending: 08/03/2019
Pay Date: 08/08/2019

P G PUBLISHING CO
2201 SWEENEY DR
CLINTON, PA 15026

TROY R SHEFFIELD
728 MACBETH DRIVE
PITTSBURGH PA 15235

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  1, $20 Additional Tax
  PA:       N/A

**Important Notes**
COMPANY PH#: 412-263-1179

Your federal taxable wages this period are $1,085.01

000730
CO.  FILE    DEPT    CLOCK   VCHR NO.   030
7L2  001370  002030          0000320468  1

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Hea/Wag Diver | | | -94.35 | -2,625.68 |
| Shft 1 Ot 1.5 | 36.2880 | 7.50 | 272.16 | 272.16 |
| Vacation | 24.1920 | 37.50 | 907.20 | 1,814.40 |
| Regular | | | | 7,257.60 |
| Holiday Hourly | | | | 725.76 |
| Overtime 1.50 | | | | 2,462.94 |
| Pre/Pos Straigh | | | | 24.19 |
| Reg2 Nite | | | | 12.16 |
| Shft 3 Regular | | | | 19,885.96 |
| Wrk Holidy Nite | | | | 364.88 |
| **Gross Pay** | | | **$1,085.01** | 30,194.37 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -145.22 | 3,240.53 |
| | Social Security Tax | -67.27 | 1,872.05 |
| | Medicare Tax | -15.73 | 437.82 |
| | PA State Income Tax | -33.31 | 927.00 |
| | Findlay Twp Local Svc Tax | -1.00 | 32.00 |
| | Penn Hills T Income Tax | -18.99 | 528.41 |
| | PA SUI/SDI Tax | -0.65 | 18.12 |
| | Other | | |
| | Credit Union | -113.00 | 3,616.00 |
| | MAILER | -21.70 | 603.91 |
| **Net Pay** | | **$668.14** | |
| | Checking Acct | -668.14 | |
| **Net Check** | | **$0.00** | |

**ADP**

## Earnings Statement

Period Beginning: 08/04/2019
Period Ending: 08/10/2019
Pay Date: 08/15/2019

TROY R SHEFFIELD
728 MACBETH DRIVE
PITTSBURGH PA 15235

Your federal taxable wages this period are $834.62

**Important Notes**
COMPANY PH#: 412-263-1179

```
000225
CO.   FILE    DEPT.   CLOCK  VCHR NO.   030
7L2   001370  002030          000030199  1
```

P G PUBLISHING CO
2201 SWEENEY DR
CLINTON, PA 15026

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 1, $20 Additional Tax
 PA:      N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Hea/Wag Diver |  |  | -72.58 | -2,698.26 |
| Vacation | 24.1920 | 37.50 | 907.20 | 2,721.60 |
| Regular |  |  |  | 7,257.60 |
| Holiday Hourly |  |  |  | 725.76 |
| Overtime 1.50 |  |  |  | 2,462.94 |
| Pre/Pos Straigh |  |  |  | 24.19 |
| Reg2 Nite |  |  |  | 12.16 |
| Shft 1 Ot 1.5 |  |  |  | 272.16 |
| Shft 3 Regular |  |  |  | 19,885.96 |
| Wrk Holidy Nite |  |  |  | 364.88 |
| **Gross Pay** |  |  | **$834.62** | **31,028.99** |

| Deductions | Statutory | | |
|---|---|---|---|
|  | Federal Income Tax | -97.96 | 3,338.49 |
|  | Social Security Tax | -51.75 | 1,923.80 |
|  | Medicare Tax | -12.10 | 449.92 |
|  | PA State Income Tax | -25.62 | 952.62 |
|  | Findlay Twp Local Svc Tax | -1.00 | 33.00 |
|  | Penn Hills T Income Tax | -14.61 | 543.02 |
|  | PA SUI/SDI Tax | -0.50 | 18.62 |
|  | **Other** |  |  |
|  | Credit Union | -113.00 | 3,729.00 |
|  | MAILER | -16.69 | 620.60 |
|  | **Net Pay** | **$501.39** |  |
|  | Checking Acct | -501.39 |  |
|  | **Net Check** | **$0.00** |  |



# Earnings Statement

Period Beginning: 08/11/2019
Period Ending: 08/17/2019
Pay Date: 08/22/2019

TROY R SHEFFIELD
728 MACBETH DRIVE
PITTSBURGH PA 15235

000325
CO  FILE  DEPT  CLOCK  VCHR. NO  030
7L2  001370  002030        0000340199  1

P G PUBLISHING CO
2201 SWEENEY DR
CLINTON, PA 15026

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1, $20 Additional Tax
PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.1920 | 15.00 | 362.88 | 7,620.48 |
| Hea/Wag Diver | | | -116.60 | -2,814.86 |
| Overtime 1.50 | 36.4880 | 15.00 | 547.32 | 3,010.26 |
| Shft 3 Regular | 24.3253 | 22.50 | 547.32 | 20,433.28 |
| Holiday Hourly | | | | 725.76 |
| Pre/Pos Straigh | | | | 24.19 |
| Reg2 Nite | | | | 12.16 |
| Shft 1 Ot 1.5 | | | | 272.16 |
| Vacation | | | | 2,721.60 |
| Wrk Holidy Nite | | | | 364.88 |
| **Gross Pay** | | | **$1,340.92** | 32,369.91 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -201.52 | 3,540.01 |
| | Social Security Tax | -83.13 | 2,006.93 |
| | Medicare Tax | -19.44 | 469.36 |
| | PA State Income Tax | -41.17 | 993.79 |
| | Findlay Twp Local Svc Tax | -1.00 | 34.00 |
| | Penn Hills T Income Tax | -23.47 | 566.49 |
| | PA SUI/SDI Tax | -0.80 | 19.42 |
| | **Other** | | |
| | Credit Union | -113.00 | 3,842.00 |
| | MAILER | -26.82 | 647.42 |
| | **Net Pay** | **$830.57** | |
| | Checking Acct | -830.57 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,340.92

**Important Notes**
COMPANY PH#: 412-263-1179



# Earnings Statement

Period Beginning: 08/18/2019
Period Ending: 08/24/2019
Pay Date: 08/29/2019

TROY R SHEFFIELD
728 MACBETH DRIVE
PITTSBURGH PA 15235

**Important Notes**
Your federal taxable wages this period are $1,363.30
COMPANY PH#: 412-263-1179

P G PUBLISHING CO
2201 SWEENEY DR
CLINTON, PA 15026

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1, $20 Additional Tax
PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.1920 | 15.00 | 362.88 | 7,983.36 |
| Hea/Wag Diver | | | -118.55 | -2,933.41 |
| Overtime 1.50 | 36.4880 | 15.00 | 547.32 | 3,557.58 |
| Reg2 Nite | 24.3300 | 1.00 | 24.33 | 36.49 |
| Shft 3 Regular | 24.3253 | 22.50 | 547.32 | 20,980.60 |
| Holiday Hourly | | | | 725.76 |
| Pre/Pos Straigh | | | | 24.19 |
| Shft 1 Ot 1.5 | | | | 272.16 |
| Vacation | | | | 2,721.60 |
| Wrk Holidy Nite | | | | 364.88 |
| **Gross Pay** | | | **$1,363.30** | 33,733.21 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -206.44 | 3,746.45 |
| | Social Security Tax | -84.53 | 2,091.46 |
| | Medicare Tax | -19.77 | 489.13 |
| | PA State Income Tax | -41.85 | 1,035.64 |
| | Findlay Twp Local Svc Tax | -1.00 | 35.00 |
| | Penn Hills T Income Tax | -23.86 | 590.35 |
| | PA SUI/SDI Tax | -0.82 | 20.24 |
| | Other | | |
| | Credit Union | -113.00 | 3,955.00 |
| | MAILER | -27.27 | 674.69 |
| | **Net Pay** | **$844.76** | |
| | Checking Acct | -844.76 | |
| | **Net Check** | **$0.00** | |



# Earnings Statement

Period Beginning: 08/25/2019
Period Ending: 08/31/2019
Pay Date: 09/05/2019

TROY R SHEFFIELD
728 MACBETH DRIVE
PITTSBURGH PA 15235

Your federal taxable wages this period are $1,090.07

**Important Notes**
COMPANY PH#: 412-263-1179

```
000330.
CO.   FILE    DEPT.   CLOCK VCHR NO. 030
7L2  001370  002030          000360194  1
```

P G PUBLISHING CO
2201 SWEENEY DR
CLINTON, PA 15026

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 1, $20 Additional Tax
 PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.1920 | 7.50 | 181.44 | 8,164.80 |
| Hea/Wag Diver | | | -94.79 | -3,028.20 |
| Overtime 1.50 | 36.4880 | 7.50 | 273.66 | 3,831.24 |
| Shft 3 Regular | 24.3253 | 30.00 | 729.76 | 21,710.36 |
| Holiday Hourly | | | | 725.76 |
| Pre/Pos Straigh | | | | 24.19 |
| Reg2 Nite | | | | 36.49 |
| Shft 1 Ot 1.5 | | | | 272.16 |
| Vacation | | | | 2,721.60 |
| Wrk Holidy Nite | | | | 364.88 |
| **Gross Pay** | | | **$1,090.07** | **34,823.28** |

| Deductions | | |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -146.33 | 3,892.78 |
| Social Security Tax | -67.58 | 2,159.04 |
| Medicare Tax | -15.81 | 504.94 |
| PA State Income Tax | -33.47 | 1,069.11 |
| Findlay Twp Local Svc Tax | -1.00 | 36.00 |
| Penn Hills T Income Tax | -19.08 | 609.43 |
| PA SUI/SDI Tax | -0.65 | 20.89 |
| **Other** | | |
| Credit Union | -113.00 | 4,068.00 |
| MAILER | -21.80 | 696.49 |
| **Net Pay** | **$671.35** | |
| Checking Acct | -671.35 | |
| **Net Check** | **$0.00** | |



# Earnings Statement

| | |
|---|---|
| Period Beginning: | 09/01/2019 |
| Period Ending: | 09/07/2019 |
| Pay Date: | 09/12/2019 |

TROY R SHEFFIELD
728 MACBETH DRIVE
PITTSBURGH PA 15235

**Important Notes**
COMPANY PH#: 412-263-1179

Your federal taxable wages this period are $1,005.23

000578
CO   FILE   DEPT   CLOCK   VCHR. NO.   030
7L2   003370   002030           00003704441   1

P G PUBLISHING CO
2201 SWEENEY DR
CLINTON, PA 15026

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  1, $20 Additional Tax
  PA:       N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.1920 | 7.50 | 181.44 | 8,346.24 |
| Hea/Wag Diver | | | -87.41 | -3,115.61 |
| Holiday Hourly | 24.1920 | 7.50 | 181.44 | 907.20 |
| Shft 3 Regular | 24.3253 | 30.00 | 729.76 | 22,440.12 |
| Overtime 1.50 | | | | 3,831.24 |
| Pre/Pos Straigh | | | | 24.19 |
| Reg2 Nite | | | | 36.49 |
| Shft 1 Ot 1.5 | | | | 272.16 |
| Vacation | | | | 2,721.60 |
| Wrk Holidy Nite | | | | 364.88 |
| **Gross Pay** | | | **$1,005.23** | 35,828.51 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -127.67 | 4,020.45 |
| Social Security Tax | | -62.33 | 2,221.37 |
| Medicare Tax | | -14.57 | 519.51 |
| PA State Income Tax | | -30.86 | 1,099.97 |
| Findlay Twp Local Svc Tax | | -1.00 | 37.00 |
| Penn Hills T Income Tax | | -17.59 | 627.02 |
| PA SUI/SDI Tax | | -0.61 | 21.50 |
| **Other** | | | |
| Credit Union | | -113.00 | 4,181.00 |
| MAILER | | -20.10 | 716.59 |
| **Net Pay** | | **$617.50** | |
| Checking Acct | | -617.50 | |
| **Net Check** | | **$0.00** | |