Certificate Number: 15317-PAW-DE-033737432

Bankruptcy Case Number: 19-23887



15317-PAW-DE-033737432

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 22, 2019, at 11:09 o'clock AM PST, Troy R Sheffield completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  November 22, 2019            By:    /s/Lea Sorino

                                    Name:  Lea Sorino

                                    Title: Counselor