**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

IN RE:                                               Case No. 19-23887-JAD
                                                                     Chapter 13

Troy R Sheffield

Debtor(s).

## NOTICE OF APPEARANCE

**CitiMortgage, Inc.**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel P. Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By:     */s/ Daniel P. Jones, Esquire*
         Daniel P. Jones, Esquire,
         Bar No: 321876
         Stern & Eisenberg, PC
         1581 Main Street, Suite 200
         The Shops at Valley Square
         Warrington, PA 18976
         Phone: (215) 572-8111
         Fax: (215) 572-5025
         djones@sterneisenberg.com
         Attorney for Creditor

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 16th day of November, 2020, to the following:

Albert G. Reese, Jr.
Law Office of Albert G. Reese, Jr.
640 Rodi Road
2nd Floor, Suite 2
Pittsburgh, PA 15235
areese8897@aol.com
*Attorney for Debtor(s)*


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Chapter 13 Trustee*


U.S. Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Troy R Sheffield
728 Mac Beth Drive
Pittsburgh, PA 15235

*Debtor(s)*


      By:    */s/Daniel P. Jones, Esquire*