**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 19-23887-JAD |
| | ) | |
| Troy R. Sheffield | ) | Chapter 13 |
|    Debtor | ) | |
| | ) | Doc. No.: |
| Troy R. Sheffield | ) | |
|    Movant | ) | Hearing Date & Time: July 23, 2021 |
| | ) | 11:00 A.M. |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour | ) | |
|    Respondent | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO APPROVE POSTPETITION AUTOMOBILE FINANCING**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Post Petition Automobile Financing, filed on June 8, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Post Petition Automobile Financing appears thereon. Pursuant to the Notice of Hearing, a Response to the Motion to Approve Post Petition Automobile Financing was to be filed and served no later than June 25, 2021.

It is hereby respectfully requested that the Order attached to the Motion to Approve Post Petition Automobile Financing be entered by the Court.

Dated: **June 28, 2021**             Respectfully submitted by:
                                                                     **/s/ Albert G. Reese, Jr., Esq.**
                                                                     Albert G. Reese, Jr., Esq.
                                                                     PA ID #93813
                                                                     Law Office of Albert G. Reese, Jr.
                                                                     640 Rodi Road, 2nd Floor, Suite 2
                                                                     Pittsburgh, PA 15235
                                                                     412-241-1697 (telephone)
                                                                     412-241-1687 (fax)
                                                                     areese8897@aol.com
                                                                     Attorney for Debtor