**DEFAULT O/E JAD**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 19-23887-JAD |
| Troy R. Sheffield | ) | Chapter 13 |
| Debtor | ) | Doc. No.: 48 |
| Troy R. Sheffield | ) | |
| Movant | ) | Hearing Date & Time: July 23, 2021 |
| v. | ) | 11:00 A.M. |
| Ronda J. Winnecour | ) | |
| Respondent | ) | |

FILED
7/8/21 10:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### ORDER OF COURT

**AND NOW,** this ___8th___ day of ___July___, 2021, it is hereby **ORDERED** that the Motion to Approve Post-Petition Automobile Financing is **APPROVED** and the Debtor is authorized to enter into a loan for the purchase of a vehicle. The initial principal of the loan is not to exceed $21,268.93 and the contractual payment is not to exceed $493.77 per month for 70 months.

If the Debtor is able to obtain the financing authorized herein, Debtor shall file an Amended Chapter 13 Plan and schedules within 45 days.

_/s/ JAD_    jsf

The Honorable Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-23887-JAD
Troy R Sheffield     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 2
Date Rcvd: Jul 08, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Troy R Sheffield, 728 MacBeth Drive, Pittsburgh, PA 15235-4614 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 10, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Troy R Sheffield areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor CITIMORTGAGE INC. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor CITIMORTGAGE INC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 2 of 2 |
| Date Rcvd: Jul 08, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor CITIMORTGAGE INC. pawb@fedphe.com

TOTAL: 9