**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-23887-JAD |
| | ) | |
| Troy R. Sheffield | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Related to Doc. No.: |
| Troy R. Sheffild | ) | |
|     Movant | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| Wilmington Savings Fund Society, etal. and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|     Respondents | ) | |

**DECLARATION**

I, Albert G. Reese Jr., Esquire, attorney for the above-referenced Debtor, hereby submit this formal written Declaration that the existing Chapter 13 Plan is sufficient to fund the plan with the modified debt for the following reason:

Pursuant to Wilmington Savings Fund Society's Notice of Mortgage Payment Change dated September 2, 2021, the Debtor's current escrow payment for account number ending in **3537** is **$434.19**. The new escrow payment is **$436.62**. The new total mortgage payment is **$917.68,** effective October 1, 2021.

Dated: **September 6, 2021**                     Respectfully submitted by:
                                                               **/s/ Troy R. Sheffield**
                                                               Troy R. Sheffield

Dated: **September 6, 2021**

                                                               Respectfully submitted by:
                                                               **/s/ Albert G. Reese, Jr., Esquire**
                                                               Albert G. Reese, Jr., Esquire
                                                               Attorney for Debtor
                                                               PA ID #93813
                                                               640 Rodi Road, 2nd Floor, Suite 2
                                                               Pittsburgh, PA 15235
                                                               (412) 241-1697
                                                               (412) 241-1687(fax)
                                                               areese8897@aol.com