**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 19-23887-JAD |
| | ) | |
| Troy R. Sheffield | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Doc. No.: 59, 60 |
| Troy R. Sheffield | ) | |
|     Movant | ) | Hearing Date and Time: October 13, 2021 |
| | ) |     10:00 A.M. |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour | ) | |
|     Respondent | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING AMENDED
MOTION REQUESTING PERMISSION FOR LATE FILING
OF ENTRY INTO LOSS MITIGATION PROGRAM**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Amended Motion Requesting Permission for Late Filing of Entry Into Loss Mitigation Program, filed on September 7, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Amended Motion Requesting Permission for Late Filing of Entry Into Loss Mitigation Program appears thereon. Pursuant to the Order Setting Hearing, a response to the Amended Motion Requesting Permission for Late Filing of Entry Into Loss Mitigation Program was to be filed and served no later than October 4, 2021.

It is hereby respectfully requested that the Order attached to the Amended Motion Requesting Permission for Late Filing of Entry Into Loss Mitigation Program be entered by the Court.

Dated: **October 5, 2021**　　　　　　　　　　By:　　**/s/ Albert G. Reese, Jr., Esq.**
　　　　　　　　　　　　　　　　　　　　　　　　　　Albert G. Reese, Jr., Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　PA ID #93813
　　　　　　　　　　　　　　　　　　　　　　　　　　Law Office of Albert G. Reese, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　640 Rodi Road, FL. 2, Suite 2
　　　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15235
　　　　　　　　　　　　　　　　　　　　　　　　　　412-241-1697 (telephone)
　　　　　　　　　　　　　　　　　　　　　　　　　　412-241-1687 (fax)
　　　　　　　　　　　　　　　　　　　　　　　　　　areese8897@aol.com
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor