**DEFAULT O/E JAD**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No.: 19-23887-JAD |
| ) | |
| Troy R. Sheffield ) | Chapter 13 |
|     Debtor ) | |
| ) | Doc. No.: 59 |
| Troy R. Sheffield ) | |
|     Movant ) | Hearing Date & Time: |
| ) | |
| v. ) | |
| ) | |
| Cenlar FSB ) | |
|     Respondent ) | |

## ORDER

**AND NOW** to-wit, this **7th** day of **October**, 2021, upon consideration of Movant's Amended Motion Requesting Permission for Late Filing of Entry of Debtor into Loss Mitigation Program, it is hereby:

**ORDERED**, **ADJUDGED** and **DECREED** that the Debtor is **HEREBY** permitted to participate in the Loss Mitigation Program; and

**IT IS FURTHER ORDERED,** that the Debtor shall file a Notice of Request for Loss Mitigation as set forth in *W.PA.LBR 9020-1 through 9020-7*, (Local Bankruptcy Form 41) AND (Local Bankruptcy Form 40) pursuant to *W.PA.LBR 9020-2(c)* and serve the Respondent within (10) days of the order.

FILED
10/7/21 11:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/ jsf
_____
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-23887-JAD

Troy R Sheffield    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 1 of 2 |
| Date Rcvd: Oct 07, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2021:**

**Recip ID    Recipient Name and Address**
db    + Troy R Sheffield, 728 MacBeth Drive, Pittsburgh, PA 15235-4614

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2021 at the address(es) listed below:

**Name    Email Address**

Albert G. Reese, Jr.
    on behalf of Debtor Troy R Sheffield areese8897@aol.com
    agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Brian Nicholas
    on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com

Daniel Philip Jones
    on behalf of Creditor CITIMORTGAGE INC. djones@sterneisenberg.com, bkecf@sterneisenberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Mario J. Hanyon
    on behalf of Creditor CITIMORTGAGE INC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee

District/off: 0315-2 | User: mgut | Page 2 of 2
Date Rcvd: Oct 07, 2021 | Form ID: pdf900 | Total Noticed: 1

        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
        on behalf of Creditor CITIMORTGAGE INC. pawb@fedphe.com

TOTAL: 9