# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 19-23887-JAD |
| | ) | |
| Troy R. Sheffield | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Doc. No.: 68 |
| Troy R. Sheffield | ) | |
|     Movant | ) | Hearing Date & Time: |
| | ) | |
| v. | ) | |
| | ) | |
| Cenlar FSB | ) | |
|     Respondent | ) | |

## CERTIFICATE OF SERVICE

I, Albert Green Reese, Jr., Esquire, declare that I am a resident of or employed in the County of Allegheny, State of Pennsylvania. My address is 640 Rodi Road, FL.2, Suite 2, Pittsburgh, PA 15235. I am over the age of eighteen and I am not a party to this case.

On November 3, 2021, I served the **Loss Mitigation Order** upon the U.S. Trustee's Office and all creditors listed below by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

**19-23887-JAD Notice will be electronically mailed to:**

Mario J. Hanyon on behalf of Creditor CITIMORTGAGE, INC.
mario.hanyon@brockandscott.com, wbecf@brockandscott.com

Daniel Philip Jones on behalf of Creditor CITIMORTGAGE, INC.
djones@sterneisenberg.com, bkecf@sterneisenberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Albert G. Reese, Jr. on behalf of Debtor Troy R Sheffield
areese8897@aol.com, agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Thomas Song on behalf of Creditor CITIMORTGAGE, INC.
pawb@fedphe.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**19-23887-JAD Notice will not be electronically mailed to:**

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Cenlar Central Loan Administration
PO Box 77423
Trenton, NJ 08628

CitiMortgage
Attn: Centralized Bankruptcy
Po Box 9438
Gaithersburg, MD 20898

**Dated: November 3, 2021**                                   Respectfully submitted by:
                                                              /s/ **Albert G. Reese, Jr. Esq**
                                                              Albert G. Reese, Jr., Esquire
                                                              PA ID# 93813
                                                              Law Office of Albert G. Reese, Jr.
                                                              640 Rodi Road, 2nd Floor, Suite 2
                                                              Pittsburgh, PA 15235
                                                              (412) 241-1697 (p)
                                                              (412) 241-1687 (f)
                                                              areese8897@aol.com