IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 19-23887-JAD |
| | ) | |
| Troy R. Sheffield | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Doc. No.: 67 |
| Troy R. Sheffield | ) | |
|     Movant | ) | Hearing Date & Time: |
| | ) | |
| v. | ) | |
| | ) | |
| Cenlar FSB | ) | |
|     Respondent | ) | |

**LOSS MITIGATION ORDER**

A ***Motion for Loss Mitigation*** was filed by Debtor on October 15, 2021. The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

**AND NOW**, this  2nd  day of  November, 20 21 , it is hereby **ORDERED** that:

(1)    The following parties are directed to participate in the Court's **Loss Mitigation Program (LMP)** as set forth in *W.PA.LBR 9020-1* through *9020-7*.

    Debtor:    Troy R. Sheffield

    Creditor:    Cenlar FSB

(2)    **During the Loss Mitigation Period**, the Debtor shall make (or cause to be made) adequate protection payments in the amount of $891.82 per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3)    **Within fourteen (14) days from the entry of this Order**, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4)    **Within seven (7) days from the entry of this Order** or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5)    **Within fourteen (14) days of the debtor's submission of the Core LMP Package**, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(6)    **Within sixty (60) days from the entry of this Order**, the Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

**PAWB Local Form 41 (06/17)**                                                                                                           Page1 of 2

(7)    **One hundred twenty (120) days from the entry of this Order,** the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

(8)    **Within seven (7) days of the termination of the Loss Mitigation Period**, the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9)     Debtor shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

jsf

_____
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

FILED
11/2/21 1:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                    Case No. 19-23887-JAD

Troy R Sheffield                                                                                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                       User: mgut                                             Page 1 of 2
Date Rcvd: Nov 02, 2021                          Form ID: pdf900                                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2021:**

**Recip ID             Recipient Name and Address**
db                 +  Troy R Sheffield, 728 MacBeth Drive, Pittsburgh, PA 15235-4614

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2021                                   Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2021 at the address(es) listed below:**

**Name                             Email Address**

Albert G. Reese, Jr.
        on behalf of Debtor Troy R Sheffield areese8897@aol.com
        agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Brian Nicholas
        on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com

Daniel Philip Jones
        on behalf of Creditor CITIMORTGAGE INC. djones@sterneisenberg.com, bkecf@sterneisenberg.com

Keri P. Ebeck
        on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Mario J. Hanyon
        on behalf of Creditor CITIMORTGAGE INC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee

|  |  |
|---|---|
|  | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor CITIMORTGAGE  INC. pawb@fedphe.com |

TOTAL: 9