**Currently Viewing:**

Borrower Name: Sheffield, Troy
Property Address: 728 MacBeth Drive Pittsburgh, PA 15235
Servicer Name: Carrington Mortgage Services, LLC
Loan Number: 7000303537

## Full History

| Date | Activity By | Action Taken |
|---|---|---|
| 11/17/2021 03:23:45 PM ET | Attorney | File Submitted |

File Submitted by Albert Reese.
The following documents were submitted:
Sheffield (Loan #4771237411) - Borrower Authorization (Added 11-17-2021)
Sheffield (Loan #4771237411) - HAMP Request for Mortgage Assistance (RMA) (Added 11-17-2021)
Sheffield (Loan #4771237411) - Uniform Borrower Assistance Form (Added 11-17-2021)
Sheffield (Loan #4771237411) - Mortgage Assistance Application Form 710 (Added 11-17-2021)
Sheffield (Loan #4771237411) - Financial Statement (Added 11-17-2021)
Sheffield (Loan #4771237411) - IRS Form 4506-C (Added 11-17-2021)
Sheffield (Loan #4771237411) - Dodd-Frank Certification (Added 11-17-2021)
Sheffield (Loan #4771237411) - Government Monitoring Data (Added 11-17-2021)
Sheffield (Loan #4771237411) - Borrower Income (Wages) - Paystubs Showing Most Recent 30 days' Earnings (Added 11-17-2021)
Sheffield (Loan #4771237411) - Most Recent 2 Tax Returns (Added 11-17-2021)
Sheffield (Loan #4771237411) - Proof of Occupancy (Added 11-17-2021)
Sheffield (Loan #4771237411) - Cenlar Request for Review (Added 11-17-2021)
Sheffield (Loan #4771237411) - Cenlar Financial Statement (Added 11-17-2021)
Sheffield (Loan #4771237411) - Hardship Letter (Added 11-17-2021)
Sheffield (Loan #4771237411) - taxes 2019 (Added 11-17-2021)
Sheffield (Loan #4771237411) - Loss Mitigation Order (Added 11-17-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 11/30/2021 07:02:53 PM ET | Servicer | Servicer Transfer |

**Servicer Transferred by:** Ladon Wilson.
**Details:** Ladon Wilson transferred submission from **Cenlar FSB** to **Carrington Mortgage Services, LLC**.
**Reason:** Service Transfer.
**Attached Files:**

| Date | Activity By | Action Taken |
|---|---|---|
| 11/30/2021 07:02:55 PM ET | Servicer | File Resubmitted |

Ladon Wilson resubmitted file for review:
**Reason:** Ladon Wilson transferred submission from **Cenlar FSB** to **Carrington Mortgage Services, LLC**.
**Message:** Service Transfer
**Attached Files:**

| Date | Activity By | Action Taken |
|---|---|---|
| 12/01/2021 05:52:35 PM ET | Attorney | Message Sent |

**From:** Albert Reese (Borrower Attorney)
**Subject:** RE: File Resubmitted
**Message:**
Hello,

I checked toe POC and Cenlar was the mortgage. Did I do something incorrect? Please advise.


Thanks in advance,

Annice

| Date | Activity By | Action Taken |
|---|---|---|
| 12/03/2021 08:32:33 PM ET | Servicer | Account Change |

**File Changed by:** Rudolph Orozco.
**Change(s):**
Loan Number changed from 4771237411 to 7000303537.

| Date | Activity By | Action Taken |
|---|---|---|
| 12/03/2021 08:34:02 PM ET | Servicer | File Opened |

File Opened by Rudolph Orozco

| Date | Activity By | Action Taken |
|---|---|---|
| 12/03/2021 10:55:31 PM ET | Servicer | Message Sent |

**From:** Rudolph Orozco (Servicer)
**Subject:** RE: File Submitted
**Message:**
Mr. Reese,

This message is to confirm that Carrington Mortgage Services (aka, CMS) is in receipt of the loss mitigation package submitted through the DMM Portal as FILE SUBMITTED on **11/17/2021**. It has been forwarded to our Loss Mitigation Department (aka, Loss Mit) today to review for its completeness. If there are missing or incomplete documents, you will be notified through the portal. Thank you.

| Date | Activity By | Action Taken |
|---|---|---|
| 12/03/2021 10:58:37 PM ET | Servicer | Message Sent |

**From:** Rudolph Orozco (Servicer)
**Subject:** Loss Mitigation Order expired
**Message:**
Mr. Reese,

The Loss Mitigation Order expired on **11/17/2021.** To continue use of the DMM Portal, will you be filing a motion to extend the loss mitigation period? Please advise. Thank you.

| Date | Activity By | Action Taken |
|---|---|---|
| 12/05/2021 05:33:15 PM ET | Attorney | Message Sent |

**From:** Albert Reese (Borrower Attorney)
**Subject:** RE: Loss Mitigation Order expired
**Message:**
Hello, The LMP Order has not expired, please check at Docket No. 68. Here are the deadlines per the docket

Loss Mitigation Order. Signed on 11/2/2021. Loss Mitigation Status Report Deadline is 1/1/2022. Loss Mitigation Order Expiration Deadline is 3/2/2022. Loss Mitigation Final Report Deadline is 3/9/2022. (mgut) (Entered: 11/02/2021)

Please let me know if anything else is needed. Looking forward to working with you towards a permanent modification.

Thanks,

Annice

| Date | Activity By | Action Taken |
|---|---|---|
| 12/08/2021 08:13:09 PM ET | Servicer | Message Sent |

**From:** Rudolph Orozco (Servicer)
**Subject:** RE: Loss Mitigation Order expired
**Message:**
Mr. Reese,

Thank you for the update regarding the Loss Mitigation Order. Please update the new expiration date in the COURT PROGRAM page of the DMM Portal.

| Date | Activity By | Action Taken |
|---|---|---|
| 12/09/2021 06:52:50 PM ET | Servicer | Docs Incomplete Notice |

**File Rejected by:** Rudolph Orozco.
**Reason:** Incomplete Package
**Due Date:** 12-23-2021
**Message:**
- Other:
  - 30 days current paystubs showing year to date taxes and deductions

Sheffield (Loan #7000303537) - 7000303537 acknowledgment incomplete notice dtd 12-08-2021.pdf (Added 12-09-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 12/12/2021 03:27:54 PM ET | Attorney | File Resubmitted |

Albert Reese resubmitted file for review:
**Reason:** Completed Package
**Message:**
Hello,

I have requested paystubs from August 2021 to present from the borrower. I will post them to the Portal upon receipt.

Thanks in advance,

Annice E. Reese

**Attached Files:**

| Date | Activity By | Action Taken |
|---|---|---|
| 12/14/2021 08:30:52 AM ET | Servicer | File Opened |

File Opened by Rudolph Orozco

| Date | Activity By | Action Taken |
|---|---|---|
| 12/14/2021 08:32:19 AM ET | Servicer | Message Sent |

**From:** Rudolph Orozco (Servicer)
**Subject:** RE: File Resubmitted
**Message:**
Mr. Reese,

Thank you for the update.

| Date | Activity By | Action Taken |
|---|---|---|
| 12/14/2021 08:33:38 AM ET | Servicer | Docs Incomplete Notice |

**File Rejected by:** Rudolph Orozco.
**Reason:** Incomplete Package
**Due Date:** 12-23-2021
**Message:**
- **Other:**
    - 30 days current paystubs showing year to date taxes and deductions

Sheffield (Loan #7000303537) - 7000303537 acknowledgment incomplete notice dtd 12-08-2021.pdf (Added 12-14-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 12/14/2021 08:48:22 PM ET | Attorney | File Resubmitted |

Albert Reese resubmitted file for review:
**Reason:** Completed Package
**Message:**
Hello,

Attached please find paystubs from 7/25/2021 to 12/04/2021. Please review for approval of a permanent modification.

Thanks in advance and Happy Holidays!


Annice

**Attached Files:**
Sheffield (Loan #7000303537) - Borrower Income (Wages) - Paystubs Showing Most Recent 30 days' Earnings Update 1 (Added 12-14-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 12/17/2021 06:50:33 PM ET | Servicer | File Opened |

File Opened by Rudolph Orozco

| Date | Activity By | Action Taken |
|---|---|---|
| 12/17/2021 06:54:07 PM ET | Servicer | Message Sent |

**From:** Rudolph Orozco (Servicer)
**Subject:** RE: File Resubmitted
**Message:**
Mr. Reese,


This message is to confirm that Carrington Mortgage Services (aka, CMS) is in receipt of the **paystubs from 07/25/21 to 12/04/21** submitted through the DMM Portal as **FILE RESUBMITTED** on **12/04/2021.** It has been forwarded to our Loss Mitigation Department today for review. Thank you.


**NOTE: The receipt and acknowledgment of the additional loan modification documents received through the DMM Portal does not constitute a complete package. The additional documents received will be reviewed by the Loss Mitigation Intake Department to deem it complete or incomplete. If the requested documents are not received within the timeframe given, the loss mitigation review maybe cancelled due to an incomplete file.** *For an update on the status of the file and its review, please follow up in 5 DAYS after the submission of the additional documents have been acknowledged.*

| Date | Activity By | Action Taken |
|---|---|---|
| 12/19/2021 03:32:02 PM ET | Attorney | Message Sent |

**From:** Albert Reese (Borrower Attorney)
**Subject:** RE: File Opened
**Message:**
Thank you.


Annice

| Date | Activity By | Action Taken |
|---|---|---|
| 12/22/2021 01:41:15 PM ET | Servicer | Message Sent |

**From:** Rudolph Orozco (Servicer)
**Subject:** File complete …submitted to underwriting
**Message:**
Mr. Reese,

Our Loss Mitigation Department has deemed the loan modification file to be complete with its required documents on **10/20/2021**. It has been submitted to underwriting to continue with the modification review process. A decision will be reached in approximately 20 business days or less. *Please note, though the loan modification package is complete, our Underwriting Department may request additional documentations to continue with the review.* Thank you.

| Date | Activity By | Action Taken |
|---|---|---|
| 12/22/2021 01:43:09 PM ET | Servicer | Docs Complete Notice |

**File Completed by:** Rudolph Orozco.
**Message:**
Our Loss Mitigation Department has deemed the loan modification file to be complete with its required documents on **10/20/2021**. It has been submitted to underwriting to continue with the modification review process. A decision will be reached in approximately 20 business days or less. *Please note, though the loan modification package is complete, our Underwriting Department may request additional documentations to continue with the review.* Thank you.

| Date | Activity By | Action Taken |
|---|---|---|
| 12/31/2021 12:38:23 PM ET | Servicer | Message Sent |

**From:** Rudolph Orozco (Servicer)
**Subject:** Loan approved for 3 month trial period plan
**Message:**
Mr. Reese,

Our Loss Mitigation Department has approved the debtor(s) for the following modification trial.

Attached is the **FHA HAMP Trial Period Plan** dated **12/29/2021** for the debtor(s) to qualify for a loan modification, upon successful completion of the trial. The debtor(s) is to pay **$855.51** on the following dates below.

- 1st trial payment due **02/01/2022**
- 2nd trial payment due **02/01/2022**
- 3rd trial payment due **04/01/2022**

The debtor(s) is to date, sign and return page **7** of the trial period plan for acknowledgment and acceptance, via the DMM Portal, before the first payment becomes due. **Failure to return the signed trial agreement will result in the cancelation of the trial period plan.** Check by phone payments are accepted and the fee will be waived. Thank you.

**NOTE: Please let us know if this court district requires the Chapter 13 Trustee to disburse the trial payments. If so, does it require a motion to be filed for an Order to be entered for the Plan to be amended for the Trustee to disburse payments?**

**Attached Files:**
Sheffield (Loan #7000303537) - 7000303537 FHA HAMP trial period plan dtd 12-29-2021.pdf (Added 12-31-2021)
Sheffield (Loan #7000303537) - 7000303537 loss mitigation evaluation notice dtd 12-27-2021.pdf (Added 12-31-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 12/31/2021 12:40:01 PM ET | Servicer | Decision Reported |

Decision reported by Rudolph Orozco.
**Message:** Approved:
Our Loss Mitigation Department has approved the debtor(s) for the following modification trial.

Attached is the **FHA HAMP Trial Period Plan** dated **12/29/2021** for the debtor(s) to qualify for a loan modification, upon successful completion of the trial. The debtor(s) is to pay **$855.51** on the following dates below.

- 1st trial payment due **02/01/2022**
- 2nd trial payment due **02/01/2022**
- 3rd trial payment due **04/01/2022**

The debtor(s) is to date, sign and return page **7** of the trial period plan for acknowledgment and acceptance, via the DMM Portal, before the first payment becomes due. **Failure to return the signed trial agreement will result in the cancelation of the trial period plan.** Check by phone payments are accepted and the fee will be waived. Thank you.

*NOTE: Please let us know if this court district requires the Chapter 13 Trustee to disburse the trial payments. If so, does it require a motion to be filed for an Order to be entered for the Plan to be amended for the Trustee to disburse payments?*

**Attached Files:**
Sheffield (Loan #7000303537) - 7000303537 FHA HAMP trial period plan dtd 12-29-2021.pdf (Added 12-31-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 01/03/2022 05:42:04 PM ET | Attorney | Message Sent |

**From:** Albert Reese (Borrower Attorney)
**Subject:** RE: Decision Reported - Approved
**Message:**
Thank you for the great news. The Debtor is scheduled to come into the office tomorrow to sign the trial modification and then we will post to the Portal.

Thanks again,

Annice

| Date | Activity By | Action Taken |
|---|---|---|
| 01/05/2022 08:40:02 AM ET | Servicer | Message Sent |

**From:** Rudolph Orozco (Servicer)
**Subject:** RE: Decision Reported - Approved
**Message:**
Mr. Reese,

You're very welcome. Please be sure that the signed trial agreement is returned via the DMM Portal. This is a FHA requirement. Thank you.

| Date | Activity By | Action Taken |
|---|---|---|
| 01/10/2022 09:51:26 AM ET | Attorney | Message Sent |

**From:** Albert Reese (Borrower Attorney)
**Subject:** Signed Trial Modification Attached
**Message:**
Good morning,

Attached please find the signed trial modification. I will file Interim Mortgage Modification Order so the Trustee is updated.

Thanks again,

Annice

**Attached Files:**
Sheffield (Loan #7000303537) - Signed Trial Mod (Added 01-10-2022)

| Date | Activity By | Action Taken |
|---|---|---|
| 01/11/2022 08:36:30 AM ET | Servicer | Message Sent |

**From:** Rudolph Orozco (Servicer)
**Subject:** RE: Signed Trial Modification Attached
**Message:**
Mr. Reese,

This message is to confirm that Carrington Mortgage Services (aka, CMS) is in receipt of the **signed and dated trial agreement** submitted through the DMM Portal on **01/10/2022.** It has been forwarded to our Loss Mitigation Department today. Thank you.

| Date | Activity By | Action Taken |
|---|---|---|
| 01/11/2022 11:28:49 AM ET | Attorney | Message Sent |

**From:** Albert Reese (Borrower Attorney)
**Subject:** Signed Trial Mod Received
**Message:**
Thank you for the update .

Annice

| Date | Activity By | Action Taken |
|---|---|---|
| 03/02/2022 08:09:16 PM ET | Attorney | Message Sent |

**From:** Albert Reese (Borrower Attorney)
**Subject:** Interim Mortgage Mod Order
**Message:**
Hello,

 Please update our office regarding the trial modification payments.

Thanks in advance

| Date | Activity By | Action Taken |
|---|---|---|
| 03/03/2022 09:29:38 AM ET | Servicer | Message Sent |

**From:** Rudolph Orozco (Servicer)
**Subject:** RE: Interim Mortgage Mod Order
**Message:**
Mr. Reese,


Is the Chapter 13 Trustee paying the trial period plan payments? Or, is it being paid by the debtor outside of the Plan? In reviewing the National Data Center, the Trustee did disburse a payment on 02/23/22 (check # 1226834) for $1,109.14 which was received by CMS on 02/28/22. Was this disbursement meant as the 02/01/22 trial payment for $855.51? Plus, I checked the court docket and I did not see where a motion was filed requesting the trial payments to be paid through the Chapter 13 Plan. Please advise. Thank you.

| Date | Activity By | Action Taken |
|---|---|---|
| 03/03/2022 11:44:13 AM ET | Attorney | Message Sent |

**From:** Albert Reese (Borrower Attorney)
**Subject:** RE: Interim Mortgage Mod Order
**Message:**
Hello,

I inadvertently forgot to file the Interim Mortgage Mod Order, but completed it and filed last night. I am happy to hear that you received the February payment, and an over payment at that!  The docket has been updated and the trustee should be sending the correct payments for March and April. I apologize for my delay.


Thanks in advance,

Annice

| Date | Activity By | Action Taken |
|---|---|---|
| 03/15/2022 07:00:55 PM ET | Servicer | Message Sent |

**From:** Rudolph Orozco (Servicer)
**Subject:** RE: Interim Mortgage Mod Order
**Message:**
Mr. Reese,

Thank you for the update that the INTERIM LM ORDER was entered on 03/03/22.

| Date | Activity By | Action Taken |
|---|---|---|
| 04/13/2022 02:24:00 PM ET | Attorney | Message Sent |

**From:** Albert Reese (Borrower Attorney)
**Subject:** RE: Interim Mortgage Mod Order
**Message:**
Hello, just checking in. Will be filing a motion to extend lmp tomorrow since we aren't finished with the modification.

Annice

| Date | Activity By | Action Taken |
|---|---|---|
| 05/15/2022 02:01:16 PM ET | Attorney | Message Sent |

**From:** Albert Reese (Borrower Attorney)
**Subject:** Trial Modification
**Message:**
Hello,

The final trial modification payment was received in April 2022. Debtor is looking forward to a final modification. Also, I am filing the Motion to Extend LMP dated 5/16/22 due to not receiving any additional documentation or permanent offers. Please update our office regarding the permanent final modification and when we can expect that paperwork.

Thanks in advance,

Annice

© Stretto 2022