# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No.: 19-23887-JAD |
| ) | |
| Troy R. Sheffield ) | Chapter 13 |
|    Debtor ) | |
| ) | Doc. No.: 93 |
| Troy R. Sheffield ) | |
|    Movant ) | |
| ) | |
|    v. ) | |
| ) | |
| Carrington Mortgage Services, LLC ) | |
|    Respondent ) | |

FILED
8/25/22 12:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER

A *Loss Mitigation Order* dated <u>October 7, 2021</u>, was entered in the above matter at Document No. <u>65</u>. On <u>August 8, 2022,</u> a ***Motion to Extend the Loss Mitigation Period*** was filed by <u>Movant, Troy R. Sheffield</u> at Document No.<u>93.</u>

***AND NOW***, this <u>25th</u> day of <u>August</u>, 2022, it is hereby ***ORDERED, ADJUDGED AND DECREED*** that the loss mitigation period is ***extended up to and including*** <u>September 26</u>, ***2022.***

_____
Honorable Jeffery A. Deller
United States Bankruptcy Judge

jsf

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-23887-JAD

Troy R Sheffield  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 2
Date Rcvd: Aug 25, 2022  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Troy R Sheffield, 728 MacBeth Drive, Pittsburgh, PA 15235-4614 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2022  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2022 at the address(es) listed below:

**Name**  **Email Address**

Albert G. Reese, Jr.
    on behalf of Debtor Troy R Sheffield areese8897@aol.com
    agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Brian Nicholas
    on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com

Daniel Philip Jones
    on behalf of Creditor CITIMORTGAGE INC. djones@sterneisenberg.com, bkecf@sterneisenberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Mario J. Hanyon
    on behalf of Creditor CITIMORTGAGE INC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 25, 2022 | Form ID: pdf900 | Total Noticed: 1 |

        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

        cmecf@chapter13trusteewdpa.com

S. James Wallace

        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song

        on behalf of Creditor CITIMORTGAGE INC. pawb@fedphe.com

TOTAL: 9