**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No.  19-23887-JAD |
| | ) | |
| Troy R. Sheffield | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Related to Doc. No.: |
| Troy R. Sheffild | ) | |
|     Movant | ) | |
| | ) | |
|   v. | ) | |
| | ) | |
| Wilmington Savings Fund Society, etal. and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|     Respondents | ) | |

**<u>DECLARATION</u>**

I, Albert G. Reese Jr., Esquire, attorney for the above-referenced Debtor, hereby submit this formal written Declaration that the existing Chapter 13 Plan is sufficient to fund the plan with the modified debt for the following reason:

Pursuant to Wilmington Savings Fund Society's Notice of Mortgage Payment Change dated December 23, 2022, the Debtor's current escrow payment for account number ending in **3537** is **$401.77**. The new escrow payment is **$401.13**. The new total mortgage payment is **$840.13,** effective February 1, 2022.

Dated: **<u>December 24, 2022</u>**

Dated: **<u>December 24, 2022</u>**

Respectfully submitted by:
**<u>/s/ Troy R. Sheffield</u>**
Troy R. Sheffield

Respectfully submitted by:
**<u>/s/ Albert G. Reese, Jr., Esquire</u>**
Albert G. Reese, Jr., Esquire
Attorney for Debtor
PA ID #93813
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
(412) 241-1697
(412) 241-1687(fax)
areese8897@aol.com