FILED
4/4/23 9:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: TROY R SHEFFIELD )
                         )  Case No. 19-23887-JAD
                         )
                         )  Chapter 13
         Debtor(s).      )  Doc. # 123
_____ X

# ORDER OF COURT
(Check Boxes That Apply)

☒ **Confirming Plan on Final Basis**   ☐ **Chapter 13 Plan dated:** _____

☐ **Authorizing Distributions Under Plan On Interim Basis Solely as Adequate Protection**   ☒ **Amended Chapter 13 dated: January 24, 2023**

IT IS HEREBY ORDERED that the Chapter 13 Plan Payment is $1231 effective 7/20.

IT IS HEREBY ORDERED that pursuant to the plan identified above (the "Plan"), as the same may be modified by this Order, the Chapter 13 Trustee is authorized to make distributions to creditors holding allowed claims from available funds on hand. Such distributions shall commence no earlier than the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered on the Court's docket.

IT IS FURTHER ORDERED that those terms of the Plan which are not expressly modified by this Order shall remain in full force and effect. To the extent any terms and conditions of the Plan are in conflict with this Order, the terms of this Order shall supersede and replace any conflicting terms and conditions of the Plan.

1. **Unique Provisions Applicable Only to This Case:** *Only those provisions which are checked below apply to this case:*

    ☐ A. For the remainder of the Plan term, the periodic monthly Plan payment is amended to be $_____, beginning _____. To the extent there is no wage attachment in place or if an existing wage attachment is insufficient to fund the Plan payments, counsel to the Debtor(s) shall within seven (7) days hereof file a wage attachment motion (or motions) to fully fund the Plan payments, or shall sign up for and commence payments under the Trustee's TFS online payment program.

- -

☐ B. The length of the Plan is changed to a total of at least ____months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.

☐ C. To the extent this Order is entered as a form of adequate protection, the Trustee is authorized to distribute to secured and priority creditors with percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28 U.S.C. §586. *Continued conciliation conferences before the Trustee or contested hearings before the Court shall proceed on such dates and times as appear on the case docket.* The Trustee is deemed to have a continuous objection to the Plan until such time the Plan is confirmed on a final basis.

**PARTIES ARE REMINDED OF THEIR DUTY TO MONITOR THE COURT'S DOCKET AND ATTEND DULY SCHEDULED HEARINGS. THE PARTIES ARE FURTHER REMINDED OF THEIR DUTY TO MEET AND CONFER AND OTHERWISE ENGAGE IN GOOD FAITH SETTLEMENT NEGOTIATIONS WITH RESPECT TO ANY OBJECTION TO PLAN CONFIRMATION. FAILURE TO COMPLY WITH THESE DUTIES MAY RESULT IN THE IMPOSITION OF SANCTIONS AGAINST THE OFFENDING PARTY.**

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. The following utility creditor _____shall be paid monthly payments of $_____ beginning with the Trustee's next distribution and continuing for the duration of the Plan's term, to be applied by that creditor to its administrative claim, ongoing budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:
_____

☐ H. The secured claims of the following creditors shall govern as to claim amount, to be paid at the modified plan interest rate in a monthly amount to be determined by Trustee to pay the claim in full during the Plan term:

- -

_____

☐     I. The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the indicated interest rate in a monthly amount to be determined by Trustee to pay in full during the Plan term:

_____

☐     J. The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:

_____

☒     K. Additional Terms and Conditions:
- ➤ No payment to Wilmington Savings Fund Society FSB CL.#9-2 PPFN totaling $1400 based on the understanding that this claim was incorporated into the loan modification at OE 11-4-22 (Doc 108). If Debtor counsel determines this understanding is in error, he will seek stip order modifying plan to provide for payment.

*\*All plan payments must be by TFS, WA, or (where eligible) ACH. Trustee reserves the right to reject money orders or cashier's checks, provided further that if she, in her discretion, presents such items for payments she may keep the funds on hold for more than 30 days before distributing on such types of payments. Debtors making payments by money order or cashier's check assume the risk that distributions under the plan will be delayed because of the failure to pay by one of the approved methods.*

**2. Deadlines.** The following deadlines are hereby established and apply to this case:

    **A.**     **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates a sale or sales of assets or the recovery of litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

    **B.**     **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor(s) (or Debtor(s)' attorney, if represented), shall review the proofs of claim filed in this case and shall file objections (1) to any disputed timely filed claims within ninety (90) days after the claims bar date, or (2) to any disputed late filed or amended claims within ninety (90) days after the amended and/or late claims are filed and served. Absent a timely objection or further order of the Court, the timely filed proof of claim will govern as to the classification and amount of the claim; provided however, no creditor shall receive a

- -

distribution in this case until such time as the relevant allowed claim is provided for in the Plan or any subsequent amended plan.

      **C.**    **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, and all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

      **D.**    **Filing Amended Plans or Other Stipulation.** Within fourteen (14) days after the Bankruptcy Court resolves the priority of a claim, avoidability of a lien or interest, or extent of a lien, or any objection to claim, the Debtor(s) shall file an Amended Plan or Stipulated Order Modifying Plan to provide for the allowed amount of the lien or claim if the allowed amount and/or treatment differs from the amount and/or treatment stated in the Plan. The Debtor(s) or Counsel for Debtor(s) should inquire with the Chapter 13 Trustee regarding whether an Amended Plan or proposed Stipulated Order Modifying Plan is the preferred course of action. In addition, if after the conclusion of the claims bar date and any associated litigation, the Plan is underfunded, Debtor(s) shall also file (1) an amended Plan increasing the monthly Plan payment, and (2) a revised wage attachment to provide for the increased funding.

      **3.**    <u>**Additional Provisions**</u>.  The following additional provisions apply in this case:

      **A.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

      **B.**    The Trustee shall hold in reserve any distributions under the Plan to any creditor who holds a claim that is provided for in the Plan but which is subject to a duly filed claims objection. Upon entry of further order of the Court, or ultimate allowance of the disputed claim provided for in the Plan, the Trustee may release the reserve and make distribution to the affected creditor. Unless otherwise permitted by separate Order of Court, Trustee shall not commence distributions to unsecured creditors until after the later of the government bar date and a filed notice of an intention to pay claims (the later date being the "Earliest Unsecured Distribution Date"). Trustee may, but has no obligation to, further defer distributions to unsecured creditors until a later date after the Earliest Unsecured Distribution Date.

      **C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

      **D.**    Debtor(s)' counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

      **E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default.

- -

   **F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any allowed *secured claim* (that is secured by the property subject to the relief from stay order), unless otherwise directed by further Order of Court.

   **G.** The Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and/or contract.

   **H.** The Debtor(s) shall pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they become due.

Dated: 4/4/2023

                          jsf
                   United States Bankruptcy Judge
                   Jeffery A. Deller

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                   Case No. 19-23887-JAD
Troy R Sheffield                                                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 4
Date Rcvd: Apr 04, 2023    Form ID: pdf900    Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Troy R Sheffield, 728 MacBeth Drive, Pittsburgh, PA 15235-4614 |
| 15158467 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15168913 | + | CITIMORTGAGE, INC., CENLAR FSB SUBSERVICING ON BEHALF OF, CITIMORTGAGE, INC., BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 15158473 | + | Carla Sheffield, 6 Moga Street, Pittsburgh, PA 15206-2240 |
| 15158474 | + | Cenlar Central Loan Administration, PO Box 77423, Trenton, NJ 08628-7423 |
| 15134466 | + | Credit Protection Association, Attn: Bankruptcy, Po Box 802068, Dallas, TX 75380-2068 |
| 15158487 | + | George J. Francis, M.D. , LTD, 4727 Friendship Ave. # 300, Pittsburgh, PA 15224-1778 |
| 15158489 | + | Midland Mortgage, PO Box 268806, Oklahoma City, OK 73126-8806 |
| 15158490 | + | National Rehab Equipment, Inc., 540 Lindbergh Dr., Coraopolis, PA 15108-2750 |
| 15158492 | + | North Side Christian Health center, 816 Middle Street, Pittsburgh, PA 15212-4915 |
| 15158493 | + | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15134469 | + | Post Gazette Federal CU, 2201 Sweeney Drive, Clinton, PA 15026-1818 |
| 15158496 | + | Post-gazette Fcu, 2201 Sweeney Drive, Clinton, PA 15026-1818 |
| 15158497 | + | Quest Diagnostics, PO Box 71313, Philadelphia, PA 19176-1313 |
| 15158502 | + | Wilkinsburg Penn Joint Water Authority, 2200 Robinson Blvd, PA 15221-1193 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 04 2023 23:35:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 04 2023 23:35:00 | Wilmington Savings Fund Society, FSB, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Rd, Anaheim, CA 92806-5948 |
| 15181032 | + | Email/Text: acbafcu@onecommail.com | Apr 04 2023 23:35:00 | ACBA Federal Credit Union, The Bank Tower, Ste. 801, 307 Fourth Ave., Pittsburgh, PA 15222-2113 |
| 15134457 | + | Email/Text: bncnotifications@pheaa.org | Apr 04 2023 23:35:00 | AES/Blue Ridge Funding, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15158469 | | Email/Text: g20956@att.com | Apr 04 2023 23:35:00 | AT&T, PO Box 755, Atwater, CA 95301-0755 |
| 15134456 | + | Email/Text: acbafcu@onecommail.com | Apr 04 2023 23:35:00 | Acba Fcu, 300 Liberty Ave, Pittsburgh, PA 15222-1210 |
| 15167390 | | Email/Text: ally@ebn.phinsolutions.com | Apr 04 2023 23:35:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 15134458 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 04 2023 23:35:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15158484 | | Email/Text: kburkley@bernsteinlaw.com | Apr 04 2023 23:35:00 | Duquesne Light Company, PAYMENT PROCESSING CENTER, PO BOX 10, Pittsburgh, PA 15230-0010 |

Case 19-23887-JAD    Doc 125    Filed 04/06/23    Entered 04/07/23 00:24:29    Desc
Imaged Certificate of Notice    Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 04, 2023 | Form ID: pdf900 | Total Noticed: 51 |

| Recipient ID | | Notice Method | Date/Time | Recipient Address |
|---|---|---|---|---|
| 15163896 | + | Email/Text: documentfiling@lciinc.com | Apr 04 2023 23:35:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15134463 | | Email/Text: cfcbackoffice@contfinco.com | Apr 04 2023 23:35:00 | Continental Finance Co, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 15158478 | | Email/Text: cfcbackoffice@contfinco.com | Apr 04 2023 23:35:00 | Continental Finance Co, Po Box 8099, Newark, DE 19714 |
| 15158499 | | Email/Text: cfcbackoffice@contfinco.com | Apr 04 2023 23:35:00 | Reflex, PO Box 6812, Carol Stream, IL 60197 |
| 15134459 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 04 2023 23:45:12 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15134460 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 04 2023 23:45:08 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15134461 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 04 2023 23:45:03 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15139824 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 04 2023 23:45:07 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15134462 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 04 2023 23:45:13 | Citimortgage, Attn: Centralized Bankruptcy, Po Box 9438, Gettsburg, MD 20898-9438 |
| 15158476 | + | Email/Text: documentfiling@lciinc.com | Apr 04 2023 23:35:00 | Comcast, PO Box 719, Toledo, OH 43697-0719 |
| 15134464 | + | Email/Text: ccusa@ccuhome.com | Apr 04 2023 23:35:00 | Credit Collections USA, LLC, Attn: Bankruptcy, 16 Distributor Drive Ste 1, Morgantown, WV 26501-7209 |
| 15158480 | + | Email/Text: bdsupport@creditmanagementcompany.com | Apr 04 2023 23:35:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15134465 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 04 2023 23:45:03 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15168221 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 04 2023 23:35:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15158485 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 04 2023 23:35:00 | EOS CCA, PO Box 329, Norwell, MA 02061-0329 |
| 15134467 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 04 2023 23:45:08 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15158483 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 04 2023 23:35:00 | Department of the Treasury, 310 Lowell St. Stop 360, Andover, MA 01810 |
| 15158488 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 04 2023 23:35:00 | Jefferson Capital Systems LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15157190 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2023 23:45:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15166980 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 04 2023 23:45:12 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15134468 | + | Email/PDF: pa_dc_claims@navient.com | Apr 04 2023 23:45:12 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15179701 | | Email/PDF: pa_dc_claims@navient.com | Apr 04 2023 23:45:12 | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15164107 | | Email/Text: bnc-quantum@quantum3group.com | Apr 04 2023 23:35:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15158498 | + | Email/Text: Supportservices@receivablesperformance.com | Apr 04 2023 23:35:00 | Receivables Performance Management, LLC, PO Box 1548, Lynnwood, WA 98046-1548 |
| 15158500 | | Email/Text: amieg@stcol.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 04, 2023 | Form ID: pdf900 | Total Noticed: 51 |

|  |  | Apr 04 2023 23:35:00 | State Collection Service, Inc., PO Box 6250, Madison, WI 53716 |
|---|---|---|---|
| 15134470 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Apr 04 2023 23:35:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15385632 | + Email/Text: BKBCNMAIL@carringtonms.com | | |
| | | Apr 04 2023 23:35:00 | WILMINGTON SAVINGS FUND SOCIETY,, FSB, AS TRUSTEE OF STANWICH, MORTGAGE LOAN TRUST I, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CITIMORTGAGE, INC. |
| cr | | MIDFIRST BANK |
| 15158495 | | Post-gazette Fcu |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15158466 | *+ | AES/Blue Ridge Funding, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15158465 | *+ | Acba Fcu, 300 Liberty Ave, Pittsburgh, PA 15222-1210 |
| 15158468 | *+ | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15158477 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Co, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 15158470 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15158471 | *+ | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15158472 | * | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15158475 | *+ | Citimortgage, Attn: Centralized Bankruptcy, Po Box 9438, Gettysburg, MD 20898-9438 |
| 15158479 | *+ | Credit Collections USA, LLC, Attn: Bankruptcy, 16 Distributor Drive Ste 1, Morgantown, WV 26501-7209 |
| 15158481 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15158482 | *+ | Credit Protection Association, Attn: Bankruptcy, Po Box 802068, Dallas, TX 75380-2068 |
| 15158486 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15158491 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15158494 | *+ | Post Gazette Federal CU, 2201 Sweeney Drive, Clinton, PA 15026-1818 |
| 15158501 | *+ | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 3 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2023            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | |
| | on behalf of Debtor Troy R Sheffield areese8897@aol.com |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 04, 2023 | Form ID: pdf900 | Total Noticed: 51 |

agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com

Brian Nicholas
    on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com

Daniel Philip Jones
    on behalf of Creditor CITIMORTGAGE INC. djones@sterneisenberg.com, bkecf@sterneisenberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Mario J. Hanyon
    on behalf of Creditor CITIMORTGAGE INC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor CITIMORTGAGE INC. pawb@fedphe.com

TOTAL: 9