IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-23887-JAD |
| | ) | |
| Troy R. Sheffield | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Related to Doc. No.: 9 |
| Troy R. Sheffild | ) | |
|     Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Wilmington Savings Fund Society, etal. and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|     Respondents | ) | |

## **DECLARATION**

I, Albert G. Reese Jr., Esquire, attorney for the above-referenced Debtor, hereby submit this formal written Declaration that the existing Chapter 13 Plan is sufficient to fund the plan with the modified debt for the following reason:

Pursuant to Wilmington Savings Fund Society's Notice of Postpetition Mortgage Fees, Expense, and Charges dated June 23, 2023, the Debtor's Itemize Postpetion Fees, Expenses, and Charges for account number ending in **3537** is **$225.00 for Plan Review on 01/27/2023**. The Debtor will pay the Chapter 13 Trustee directly for the expense.

Dated: **June 23, 2023**

    Respectfully submitted by:
    **/s/ Troy R. Sheffield**
    Troy R. Sheffield

Dated: **June 23, 2023**

    Respectfully submitted by:
    **/s/ Albert G. Reese, Jr., Esquire**
    Albert G. Reese, Jr., Esquire
    Attorney for Debtor
    PA ID #93813
    640 Rodi Road, 2nd Floor, Suite 2
    Pittsburgh, PA 15235
    (412) 241-1697
    (412) 241-1687(fax)
    areese8897@aol.com