## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  19-23887-JAD |
| | ) | |
| Troy R. Sheffield | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Related to Doc. No.: 9 |
| Troy R. Sheffield | ) | |
|     Movant | ) | |
| | ) | |
|   v. | ) | |
| | ) | |
| Wilmington Savings Fund Society, etal. and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|     Respondents | ) | |

### <u>DECLARATION</u>

I, Albert G. Reese Jr., Esquire, attorney for the above-referenced Debtor, hereby submit this formal written Declaration that the existing Chapter 13 Plan is sufficient to fund the plan with the modified debt for the following reason:

Pursuant to Wilmington Savings Fund Society's Notice of Postpetition Mortgage Fees, Expense, and Charges dated June 23, 2023, the Debtor's Itemize Postpetion Fees, Expenses, and Charges for account number ending in **3537** is **$225.00 for Plan Review on 01/27/2023**. The Debtor will pay the Chapter 13 Trustee directly for the expense.

Dated: **<u>June 23, 2023</u>**

Dated: **<u>June 23, 2023</u>**

Respectfully submitted by:
**<u>/s/ Troy R. Sheffield</u>**
Troy R. Sheffield

Respectfully submitted by:
**<u>/s/ Albert G. Reese, Jr., Esquire</u>**
Albert G. Reese, Jr., Esquire
Attorney for Debtor
PA ID #93813
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
(412) 241-1697
(412) 241-1687(fax)
areese8897@aol.com