IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Troy R. Sheffield | : | Case No. 19-23887-JAD |
| Debtor(s) | : | Chapter 13 |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust I | : | |
| Respondent(s) | : | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO PRECLUDE NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES AND CHARGES

The Motion to Preclude Notice of Post-Petition Mortgage Fees, Expenses and Charges that was filed in the above-referenced case on June 5, 2024 (document #132) is hereby WITHDRAWN. The hearing scheduled for July 31, 2024 is hereby CANCELED.

Respectfully submitted,

7/11/2024
date

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Troy R. Sheffield                                          :     Case No. 19-23887-JAD
    Debtor(s)                                         :     Chapter 13
                                                           :
Ronda J. Winnecour, Chapter 13                             :
Trustee                                                    :
    Movant                                            :
                                                           :
    vs.                                               :
                                                           :
Wilmington Savings Fund Society,                           :
FSB, as trustee of Stanwich                                :
Mortgage Loan Trust I                                      :
    Respondent(s)                                     :

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Marta E. Villacorta, Esquire
Assistant U.S. Trustee
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA  15222

Troy R. Sheffield
728 MacBeth Drive
Pittsburgh, PA  15235

Albert G. Reese, Jr., Esquire
The Law Office of Albert G. Reese, Jr.
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA  15235

Wilmington Savings Fund Society, FSB
c/o Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA  92806

Liepold, Harrison & Associates, PLLC
1425 Greenway Drive, Suite 250
Irving, TX  75038

Rodger Levenson, CEO
Wilmington Savings Fund Society FSB
500 Delaware Avenue
Wilmington, DE  19801

<u>7/11/2024</u>                                   <u>/s/Renee Ward</u>
Date                                            Administrative Assistant
                                                Office of the Chapter 13 Trustee
                                                US Steel Tower – Suite 3250
                                                600 Grant Street
                                                Pittsburgh, PA  15219
                                                (412) 471-5566
                                                cmecf@chapter13trusteewdpa.com