**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/23/2024

IN RE:

TROY R SHEFFIELD
728 MACBETH DRIVE
PITTSBURGH,  PA  15235
XXX-XX-7652          Debtor(s)

Case No.19-23887 JAD

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay  100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/23/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Details |
|---|---|---|
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>C/O PMB SSS ACQUISITION<br>PO BOX 8990<br><br>TURNERSVILLE, NJ  08012-8990 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  CITIMORTGAGE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  MIDFIRST BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(*)**<br>PAYMENT PROCESSING CENTER*<br>PO BOX 660618<br><br>DALLAS, TX  75266-0618 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM:  0.00<br>COMMENT:  SURR/PL*W/158*CL=8125 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  0118 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB -TR**<br>C/O CARRINGTON MORTGAGE SERVICES LLC<br>1600 S DOUGLASS RD<br><br>ANAHEIM, CA  92806 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM:  18,627.55<br>COMMENT:  LOAN MOD@DOC 166*BGN 11/19*FR CITIMTG-DOC 50 *CL=98791.13 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  3537 |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br><br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM:  0.00<br>COMMENT:  OUTSIDE/PL*MIDLAND MRTG/SCH-PL*W/157*CL=5368.91 | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.:  3130 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM:  501.58<br>COMMENT:  565.85/PL | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  7652 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br><br>PITTSBURGH, PA  15222 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1202 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br><br>PITTSBURGH, PA  15222 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1211 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br><br>PITTSBURGH, PA  15222 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1205 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA  15222 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1207 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA  15222 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1208 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA  15222 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1204 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA  15222 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1210 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA  15222 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1203 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA  15222 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1209 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA  15222 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1211 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA  15222 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:12<br>CLAIM:  5,712.16<br>COMMENT:  1206~NO$/SCH*2bAVD/PL*LOAN BGN 9/25/19*GU BAR TIMELY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6512 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA  15222 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1201 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA  15222 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1204 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1205 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1204 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1208 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1202 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1207 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1201 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1204 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1203 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1201 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1204 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1206 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1204 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1205 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1202 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1209 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1208 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1204 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1203 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1201 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1204 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1206 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1202 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1207 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1205 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1204 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1206 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1201 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1203 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:49  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1202 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:50  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1201 |

| Creditor | Claim Info | Creditor Details |
|---|---|---|
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:51  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1210 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:52  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1203 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:53  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1209 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:54  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1211 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:55  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1206 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:56  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1201 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:57  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1204 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:58  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1205 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:59  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1204 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:60  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1208 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:61 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1202 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:62 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1207 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:63 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1201 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:64 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1204 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:65 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1203 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:66 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1201 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:67 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1204 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:68 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1206 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:69 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1204 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:70 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1205 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:71  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1202 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:72  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1209 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:73  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1208 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:74  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1204 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:75  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1203 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:76  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1201 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:77  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1204 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:78  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1206 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:79  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1202 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA 15222 | Trustee Claim Number:80  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1207 |

| Creditor | Trustee Claim | Claim/Comment | Cred Desc / Account |
|---|---|---|---|
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA  15222 | Trustee Claim Number:81  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1205 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA  15222 | Trustee Claim Number:82  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1204 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA  15222 | Trustee Claim Number:83  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1206 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA  15222 | Trustee Claim Number:84  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1201 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA  15222 | Trustee Claim Number:85  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1203 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA  15222 | Trustee Claim Number:86  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1202 |
| **ACBA FCU(*)**<br>THE BANK TOWER<br>307 4TH AVE - STE 801<br>PITTSBURGH, PA  15222 | Trustee Claim Number:87  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1201 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA  17102 | Trustee Claim Number:88  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT:  NO$~BLUE RIDGE FUNDING/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA  17102 | Trustee Claim Number:89  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT:  NO$~BLUE RIDGE FUNDING/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br>PITTSBURGH, PA  15264-5266 | Trustee Claim Number:90  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6035 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br>PITTSBURGH, PA  15264-5266 | Trustee Claim Number: 91  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7609 |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br>PITTSBURGH, PA  15264-5266 | Trustee Claim Number: 92  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7516 |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br>PITTSBURGH, PA  15264-5266 | Trustee Claim Number: 93  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ATT**<br>POB 105262<br>ATLANTA, GA  30348 | Trustee Claim Number: 94  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0097 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 95  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 453.89<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6576 |
| **CAPITAL ONE AUTO FINANCE++**<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 30258<br>SALT LAKE CITY, UT  84130 | Trustee Claim Number: 96  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~AUTO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1001 |
| **CAPITAL ONE AUTO FINANCE++**<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 30258<br>SALT LAKE CITY, UT  84130 | Trustee Claim Number: 97  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~AUTO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1001 |
| **CAPITAL ONE AUTO FINANCE++**<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 30258<br>SALT LAKE CITY, UT  84130 | Trustee Claim Number: 98  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~AUTO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1001 |
| **CAPITAL ONE AUTO FINANCE++**<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 30258<br>SALT LAKE CITY, UT  84130 | Trustee Claim Number: 99  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~AUTO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1001 |
| **CITIMORTGAGE(*)++**<br>POB 688971<br>DES MOINES, IA  50368-8971 | Trustee Claim Number: 100  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5674 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CITIMORTGAGE(*)++**<br>POB 688971<br><br>DES MOINES, IA  50368-8971 | Trustee Claim Number:101  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5674 |
| **COMCAST**<br>PO BOX 1931<br><br>BURLINGAME, CA  94011 | Trustee Claim Number:102  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 166.25<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9119 |
| **CONTINENTAL FINANCE COMPANY**<br>4550 NEW LINDEN HILL RD STE 400<br><br>WILMINGTON, DE  19808 | Trustee Claim Number:103  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7185 |
| **CONTINENTAL FINANCE COMPANY**<br>4550 NEW LINDEN HILL RD STE 400<br><br>WILMINGTON, DE  19808 | Trustee Claim Number:104  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7185 |
| **CREDIT COLLECTIONS USA**<br>16 DISTRIBUTOR DRIVE<br>STE 1<br>MORGANTOWN, PA  26501-7209 | Trustee Claim Number:105  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: COSTA/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5201 |
| **CREDIT COLLECTIONS USA**<br>16 DISTRIBUTOR DRIVE<br>STE 1<br>MORGANTOWN, PA  26501-7209 | Trustee Claim Number:106  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: COSTA/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5201 |
| **CMC**<br>POB 16346<br><br>PITTSBURGH, PA  15242-0346 | Trustee Claim Number:107  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AHN/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3079 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:108  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 301.22<br>COMMENT: SHERMAN/CREDIT ONE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9253 |
| **CREDIT ONE BANK**<br>POB 98873<br><br>LAS VEGAS, NV  89193 | Trustee Claim Number:109  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9253 |
| **CREDIT PROTECTION ASSN++**<br>NOEL ROAD<br>P. O. BOX 802068<br>DALLAS, TX  75380 | Trustee Claim Number:110  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~PEOPLES/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3712 |

| Creditor | Trustee Claim # | Court Claim # | Claim | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|
| **CREDIT PROTECTION ASSN++**<br>NOEL ROAD<br>P. O. BOX 802068<br>DALLAS, TX 75380 | 111 INT %: 0.00% | | 0.00 | NO$~PEOPLES/SCH | UNSECURED CREDITOR | 3712 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | 112 INT %: 0.00% | 8 | 364.92 | 0000/SCH | UNSECURED CREDITOR | 7280 |
| **EOS CCA**<br>CORP HEADQUARTERS<br>700 LONGWATER DR<br>NORWELL, MA 02061 | 113 INT %: 0.00% | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 2262 |
| **FIRST PREMIER BANK**<br>POB 5114<br>SIOUX FALLS, SD 57117 | 114 INT %: 0.00% | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 6941 |
| **GEORGE J FRANCIS MD**<br>4727 FRIENDSHIP AVE<br>PITTSBURGH, PA 15224 | 115 INT %: 0.00% | | 0.00 | | UNSECURED CREDITOR | 5790 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | 116 INT %: 0.00% | | 0.00 | | UNSECURED CREDITOR | |
| **NATIONAL REHAB**<br>540 LINDBERGH DR<br>POB 1135<br>MOON TWP, PA 15108 | 117 INT %: 0.00% | | 0.00 | | UNSECURED CREDITOR | |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | 118 INT %: 0.00% | 11 | 32,014.98 | 6919/SCH*CO-SIGNER*GU BAR TIMELY | UNSECURED CREDITOR | 7652 |
| **NAVIENT**<br>PO BOX 9500<br>WILKES-BARRE, PA 18773-9500 | 119 INT %: 0.00% | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 6919 |
| **NORTH SIDE CHRISTIAN HC**<br>620 E OHIO ST<br>PITTSBURGH, PA 15212 | 120 INT %: 0.00% | | 0.00 | | UNSECURED CREDITOR | 7377 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br> PITTSBURGH, PA 15212 | Trustee Claim Number: 121  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8831 |
| **POST GAZETTE FEDERAL CREDIT UNION** <br> 2201 SWEENY DR <br> CLINTON, PA 15026 | Trustee Claim Number: 122  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8201 |
| **POST GAZETTE FEDERAL CREDIT UNION** <br> 2201 SWEENY DR <br> CLINTON, PA 15026 | Trustee Claim Number: 123  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NO ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8201 |
| **POST GAZETTE FEDERAL CREDIT UNION** <br> 2201 SWEENY DR <br> CLINTON, PA 15026 | Trustee Claim Number: 124  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NO ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8201 |
| **POST GAZETTE FEDERAL CREDIT UNION** <br> 2201 SWEENY DR <br> CLINTON, PA 15026 | Trustee Claim Number: 125  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NO ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8201 |
| **POST GAZETTE FEDERAL CREDIT UNION** <br> 2201 SWEENY DR <br> CLINTON, PA 15026 | Trustee Claim Number: 126  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NO ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8201 |
| **POST GAZETTE FEDERAL CREDIT UNION** <br> 2201 SWEENY DR <br> CLINTON, PA 15026 | Trustee Claim Number: 127  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NO ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8201 |
| **POST GAZETTE FEDERAL CREDIT UNION** <br> 2201 SWEENY DR <br> CLINTON, PA 15026 | Trustee Claim Number: 128  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NO ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4821 |
| **POST GAZETTE FEDERAL CREDIT UNION** <br> 2201 SWEENY DR <br> CLINTON, PA 15026 | Trustee Claim Number: 129  INT %: 0.00% <br> Court Claim Number: 3 <br> CLAIM: 13,646.73 <br> COMMENT: 8201/SCH*LOAN BGN 5/14/19 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2L01 |
| **POST GAZETTE FEDERAL CREDIT UNION** <br> 2201 SWEENY DR <br> CLINTON, PA 15026 | Trustee Claim Number: 130  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NO ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8201 |

| Creditor | Claim Info | Description |
|---|---|---|
| **POST GAZETTE FEDERAL CREDIT UNION**<br>2201 SWEENY DR<br>CLINTON, PA 15026 | Trustee Claim Number: 131  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8201 |
| **POST GAZETTE FEDERAL CREDIT UNION**<br>2201 SWEENY DR<br>CLINTON, PA 15026 | Trustee Claim Number: 132  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8201 |
| **POST GAZETTE FEDERAL CREDIT UNION**<br>2201 SWEENY DR<br>CLINTON, PA 15026 | Trustee Claim Number: 133  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8201 |
| **POST GAZETTE FEDERAL CREDIT UNION**<br>2201 SWEENY DR<br>CLINTON, PA 15026 | Trustee Claim Number: 134  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8201 |
| **POST GAZETTE FEDERAL CREDIT UNION**<br>2201 SWEENY DR<br>CLINTON, PA 15026 | Trustee Claim Number: 135  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8201 |
| **POST GAZETTE FEDERAL CREDIT UNION**<br>2201 SWEENY DR<br>CLINTON, PA 15026 | Trustee Claim Number: 136  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8201 |
| **POST GAZETTE FEDERAL CREDIT UNION**<br>2201 SWEENY DR<br>CLINTON, PA 15026 | Trustee Claim Number: 137  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8201 |
| **POST GAZETTE FEDERAL CREDIT UNION**<br>2201 SWEENY DR<br>CLINTON, PA 15026 | Trustee Claim Number: 138  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8201 |
| **POST GAZETTE FEDERAL CREDIT UNION**<br>2201 SWEENY DR<br>CLINTON, PA 15026 | Trustee Claim Number: 139  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8201 |
| **POST GAZETTE FEDERAL CREDIT UNION**<br>2201 SWEENY DR<br>CLINTON, PA 15026 | Trustee Claim Number: 140  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8201 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **POST GAZETTE FEDERAL CREDIT UNION**<br>2201 SWEENY DR<br>CLINTON, PA 15026 | Trustee Claim Number: 141  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4821 |
| **POST GAZETTE FEDERAL CREDIT UNION**<br>2201 SWEENY DR<br>CLINTON, PA 15026 | Trustee Claim Number: 142  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8201 |
| **POST GAZETTE FEDERAL CREDIT UNION**<br>2201 SWEENY DR<br>CLINTON, PA 15026 | Trustee Claim Number: 143  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8201 |
| **POST GAZETTE FEDERAL CREDIT UNION**<br>2201 SWEENY DR<br>CLINTON, PA 15026 | Trustee Claim Number: 144  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8201 |
| **POST GAZETTE FEDERAL CREDIT UNION**<br>2201 SWEENY DR<br>CLINTON, PA 15026 | Trustee Claim Number: 145  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8201 |
| **POST GAZETTE FEDERAL CREDIT UNION**<br>2201 SWEENY DR<br>CLINTON, PA 15026 | Trustee Claim Number: 146  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8201 |
| **POST GAZETTE FEDERAL CREDIT UNION**<br>2201 SWEENY DR<br>CLINTON, PA 15026 | Trustee Claim Number: 147  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8201 |
| **QUEST DIAGNOSTIC**<br>7629 MARKET ST<br>YOUNGSTOWN, OH 44512 | Trustee Claim Number: 148  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0846 |
| **RPM++**<br>PO BOX 1548<br>LYNNWOOD, WA 98046 | Trustee Claim Number: 149  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2026 |
| **REFLEX++**<br>24 W 10TH<br>TYRONE, PA 16686 | Trustee Claim Number: 150  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7185 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number: 151 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2263 |
| **VERIZON WIRELESS**<br>500 TECHNOLOGY DR STE 550<br>ATTN ADMINISTRATION<br>WELDON SPRING, MO 63304 | Trustee Claim Number: 152 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3164 |
| **VERIZON WIRELESS**<br>500 TECHNOLOGY DR STE 550<br>ATTN ADMINISTRATION<br>WELDON SPRING, MO 63304 | Trustee Claim Number: 153 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3164 |
| **WILKINSBURG-PENN JT WATER AUTH**<br>2200 ROBINSON BLVD<br>PITTSBURGH, PA 15221 | Trustee Claim Number: 154 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5930 |
| **CARLA SHEFFIELD**<br>6 MOGA ST<br>PITTSBURGH, PA 15206 | Trustee Claim Number: 155 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **QUANTUM3 GROUP LLC - AGENT FOR GENESIS**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 156 INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 269.56<br>COMMENT: NT/SCH*CELTIC BANK/INDIGO MC*ACCT OPEN 9/17/19 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8349 |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 157 INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 0.00<br>COMMENT: OUTSIDE/PL*MIDLAND MRTG/SCH-PL*BGN 11/19*W/6 | CRED DESC: Post Petition Escrow<br>ACCOUNT NO.: 3130 |
| **ALLY BANK(*)**<br>PAYMENT PROCESSING CENTER*<br>PO BOX 660618<br>DALLAS, TX 75266-0618 | Trustee Claim Number: 158 INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 4,902.39<br>COMMENT: SURR/PL*NO GEN UNS/SCH*W/4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0118 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB -TR**<br>C/O CARRINGTON MORTGAGE SERVICES LLC<br>1600 S DOUGLASS RD<br>ANAHEIM, CA 92806 | Trustee Claim Number: 159 INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 0.00<br>COMMENT: LOAN MOD@DOC 166*THRU 10/19*FR CITIMTG-DOC 50*CL=5418.19 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3537 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 160 INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 16.97<br>COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7652 |

| | | |
|---|---|---|
| **GRB LAW\*\*** | Trustee Claim Number: 161  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O JEFFREY R HUNT ESQ - FOR PNG CO | Court Claim Number: | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: PEOPLES/PRAE | |
| **WILMINGTON SAVINGS FUND SOCIETY FSB -TR** | Trustee Claim Number: 162  INT %: 0.00% | CRED DESC: POST PETITION FEE NOTICE |
| C/O CARRINGTON MORTGAGE SERVICES LLC | Court Claim Number: 9 | ACCOUNT NO.: 3537 |
| 1600 S DOUGLASS RD | | |
| | CLAIM: 0.00 | |
| ANAHEIM, CA 92806 | COMMENT: NO PMTS/CONF\*ROLLED INTO LOAN MOD\*NT PROV/PL\*W/159\*FR CITIMTG-DOC 5 | |
| **PEOPLES NATURAL GAS CO LLC\*** | Trustee Claim Number: 163  INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.: 0402 |
| 375 NORTH SHORE DR | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15212 | COMMENT: $/DOE-PL\*BGN 8/20 DISTRIB\*DK | |
| **STERN & EISENBERG LP** | Trustee Claim Number: 164  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 1581 MAIN ST STE 200 | Court Claim Number: | ACCOUNT NO.: |
| THE SHOPPES AT VALLEY SQUARE | | |
| | CLAIM: 0.00 | |
| WARRINGTON, PA 18976 | COMMENT: CITIMORTGAGE/PRAE | |
| **WILMINGTON SAVINGS FUND SOCIETY FSB -TR** | Trustee Claim Number: 165  INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| C/O CARRINGTON MORTGAGE SERVICES LLC | Court Claim Number: 9 | ACCOUNT NO.: 3537 |
| 1600 S DOUGLASS RD | | |
| | CLAIM: 4,644.05 | |
| ANAHEIM, CA 92806 | COMMENT: LOAN MOD@DOC 166 | |
| **WILMINGTON SAVINGS FUND SOCIETY FSB -TR** | Trustee Claim Number: 166  INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| C/O CARRINGTON MORTGAGE SERVICES LLC | Court Claim Number: 9-2 | ACCOUNT NO.: 3537 |
| 1600 S DOUGLASS RD | | |
| | CLAIM: 0.00 | |
| ANAHEIM, CA 92806 | COMMENT: PMT/DECL\*LOAN MOD BGN 6/22\*DK4LMT\*AMD\*DK | |
| **WILMINGTON SAVINGS FUND SOCIETY FSB -TR** | Trustee Claim Number: 167  INT %: 0.00% | CRED DESC: POST PETITION FEE NOTICE |
| C/O CARRINGTON MORTGAGE SERVICES LLC | Court Claim Number: 9-2 | ACCOUNT NO.: 3537 |
| 1600 S DOUGLASS RD | | |
| | CLAIM: 0.00 | |
| ANAHEIM, CA 92806 | COMMENT: WITHDRAWN/OE\*PAY/DECLAR\*NT PROV/PL\*PL RVW FEE INCURRED 1-27-23\*DK\*C | |

Case 19-23887-JAD    Doc 141    Filed 07/23/24    Entered 07/23/24 15:32:51    Desc
Page 19 of 19