Certificate Number: 05781-PAW-DE-039178430

Bankruptcy Case Number: 19-23887



05781-PAW-DE-039178430

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 22, 2024, at 2:57 o'clock AM PST, Troy Sheffield completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  December 22, 2024           By:    /s/Allison M Geving

                                   Name:  Allison M Geving

                                   Title: President