**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Troy R Sheffield**
  Debtor(s)

Bankruptcy Case No.: 19−23887−JAD

Chapter: 13
Docket No.: 149 − 148

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 3rd of February, 2025, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/17/25.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **3/25/25 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/17/25.**

                                        Jeffery A. Deller
                                        United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Troy R Sheffield  
    Debtor

Case No. 19-23887-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Feb 03, 2025      Form ID: 408      Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Troy R Sheffield, 728 MacBeth Drive, Pittsburgh, PA 15235-4614 |
| 15168913 | + | CITIMORTGAGE, INC., CENLAR FSB SUBSERVICING ON BEHALF OF, CITIMORTGAGE, INC., BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 15158473 | + | Carla Sheffield, 6 Moga Street, Pittsburgh, PA 15206-2240 |
| 15158474 | + | Cenlar Central Loan Administration, PO Box 77423, Trenton, NJ 08628-7423 |
| 15134466 | + | Credit Protection Association, Attn: Bankruptcy, Po Box 802068, Dallas, TX 75380-2068 |
| 15158487 | + | George J. Francis, M.D. , LTD, 4727 Friendship Ave. # 300, Pittsburgh, PA 15224-1778 |
| 15158490 | + | National Rehab Equipment, Inc., 540 Lindbergh Dr., Coraopolis, PA 15108-2750 |
| 15158492 | + | North Side Christian Health center, 816 Middle Street, Pittsburgh, PA 15212-4915 |
| 15134469 | + | Post Gazette Federal CU, 2201 Sweeney Drive, Clinton, PA 15026-1818 |
| 15158496 | + | Post-gazette Fcu, 2201 Sweeney Drive, Clinton, PA 15026-1818 |
| 15158497 | + | Quest Diagnostics, PO Box 71313, Philadelphia, PA 19176-1313 |
| 15158502 | + | Wilkinsburg Penn Joint Water Authority, 2200 Robinson Blvd, PA 15221-1193 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 04 2025 00:25:00 | Wilmington Savings Fund Society, FSB, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Rd, Anaheim, CA 92806 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 04 2025 00:25:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15181032 | + | Email/Text: acbafcu@onecommail.com | Feb 04 2025 00:25:00 | ACBA Federal Credit Union, The Bank Tower, Ste. 801, 307 Fourth Ave., Pittsburgh, PA 15222-2113 |
| 15134457 | + | Email/Text: bncnotifications@pheaa.org | Feb 04 2025 00:25:00 | AES/Blue Ridge Funding, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15158469 | | Email/Text: g17768@att.com | Feb 04 2025 00:25:00 | AT&T, PO Box 755, Atwater, CA 95301-0755 |
| 15134456 | + | Email/Text: acbafcu@onecommail.com | Feb 04 2025 00:25:00 | Acba Fcu, 300 Liberty Ave, Pittsburgh, PA 15222-1210 |
| 15158467 | ^ | MEBN | Feb 04 2025 00:08:56 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15167390 | | Email/Text: ally@ebn.phinsolutions.com | Feb 04 2025 00:25:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 15134458 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 04 2025 00:25:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15158484 | | Email/Text: kburkley@bernsteinlaw.com | Feb 04 2025 00:26:00 | Duquesne Light Company, PAYMENT |

Case 19-23887-JAD   Doc 151   Filed 02/05/25   Entered 02/06/25 00:32:38   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 03, 2025 | Form ID: 408 | Total Noticed: 51 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | | PROCESSING CENTER, PO BOX 10, Pittsburgh, PA 15230-0010 |
| 15385632 | Email/Text: BKBCNMAIL@carringtonms.com | Feb 04 2025 00:25:00 | WILMINGTON SAVINGS FUND SOCIETY,, FSB, AS TRUSTEE OF STANWICH, MORTGAGE LOAN TRUST I, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15163896 | + Email/Text: documentfiling@lciinc.com | Feb 04 2025 00:25:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15134463 | Email/Text: cfcbackoffice@contfinco.com | Feb 04 2025 00:25:00 | Continental Finance Co, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 15158478 | Email/Text: cfcbackoffice@contfinco.com | Feb 04 2025 00:25:00 | Continental Finance Co, Po Box 8099, Newark, DE 19714 |
| 15158499 | Email/Text: cfcbackoffice@contfinco.com | Feb 04 2025 00:25:00 | Reflex, PO Box 6812, Carol Stream, IL 60197 |
| 15134459 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2025 00:32:48 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15134460 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 04 2025 00:32:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15134461 | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 04 2025 00:31:25 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15139824 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2025 00:31:36 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15134462 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2025 00:31:24 | Citimortgage, Attn: Centralized Bankruptcy, Po Box 9438, Gettsburg, MD 20898-9438 |
| 15158476 | + Email/Text: documentfiling@lciinc.com | Feb 04 2025 00:25:00 | Comcast, PO Box 719, Toledo, OH 43697-0719 |
| 15134464 | + Email/Text: ccusa@ccuhome.com | Feb 04 2025 00:25:00 | Credit Collections USA, LLC, Attn: Bankruptcy, 16 Distributor Drive Ste 1, Morgantown, WV 26501-7209 |
| 15158480 | + Email/Text: bdsupport@creditmanagementcompany.com | Feb 04 2025 00:26:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15134465 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 04 2025 00:32:38 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15168221 | + Email/Text: kburkley@bernsteinlaw.com | Feb 04 2025 00:26:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15158485 | + Email/Text: bankruptcydepartment@tsico.com | Feb 04 2025 00:26:00 | EOS CCA, PO Box 329, Norwell, MA 02061-0329 |
| 15134467 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 04 2025 00:56:01 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15158483 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 04 2025 00:25:00 | Department of the Treasury, 310 Lowell St. Stop 360, Andover, MA 01810 |
| 15158488 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 04 2025 00:26:00 | Jefferson Capital Systems LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15157190 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2025 00:31:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15166980 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 04 2025 00:31:07 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15158489 | ^ MEBN | Feb 04 2025 00:09:03 | Midland Mortgage, PO Box 268806, Oklahoma City, OK 73126-8806 |
| 15134468 | + Email/PDF: bankruptcy_prod@navient.com | Feb 04 2025 00:32:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |

Case 19-23887-JAD    Doc 151    Filed 02/05/25    Entered 02/06/25 00:32:38    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 03, 2025 | Form ID: 408 | Total Noticed: 51 |

| 15179701 | | Email/PDF: bankruptcy_prod@navient.com | | |
|---|---|---|---|---|
| | | | Feb 04 2025 00:32:32 | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15158493 | | ^ MEBN | | |
| | | | Feb 04 2025 00:09:02 | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15164107 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Feb 04 2025 00:26:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15158498 | + | Email/Text: Supportservices@receivablesperformance.com | | |
| | | | Feb 04 2025 00:26:00 | Receivables Performance Management, LLC, PO Box 1548, Lynnwood, WA 98046-1548 |
| 15158500 | | Email/Text: amieg@stcol.com | | |
| | | | Feb 04 2025 00:25:00 | State Collection Service, Inc., PO Box 6250, Madison, WI 53716 |
| 15134470 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Feb 04 2025 00:25:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 39

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CITIMORTGAGE, INC. |
| cr | | MIDFIRST BANK |
| cr | | Wilmington Savings Fund Society, FSB, asTrustee of |
| 15158495 | | Post-gazette Fcu |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15158466 | *+ | AES/Blue Ridge Funding, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15158465 | *+ | Acba Fcu, 300 Liberty Ave, Pittsburgh, PA 15222-1210 |
| 15158468 | *+ | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15158477 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Co, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 15158470 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15158471 | *+ | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15158472 | * | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15158475 | *+ | Citimortgage, Attn: Centralized Bankruptcy, Po Box 9438, Gettsburg, MD 20898-9438 |
| 15158479 | *+ | Credit Collections USA, LLC, Attn: Bankruptcy, 16 Distributor Drive Ste 1, Morgantown, WV 26501-7209 |
| 15158481 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15158482 | *+ | Credit Protection Association, Attn: Bankruptcy, Po Box 802068, Dallas, TX 75380-2068 |
| 15158486 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15158491 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15158494 | *+ | Post Gazette Federal CU, 2201 Sweeney Drive, Clinton, PA 15026-1818 |
| 15158501 | *+ | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 4 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Troy R Sheffield areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Daniel Philip Jones | on behalf of Creditor CITIMORTGAGE  INC. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor Wilmington Savings Fund Society  FSB, asTrustee of Stanwich Mortgage Loan Trust I djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor CITIMORTGAGE  INC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor CITIMORTGAGE  INC. pawb@fedphe.com |

TOTAL: 10