**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br>TROY R SHEFFIELD <br><br>Debtor(s) <br><br>Ronda J. Winnecour <br>Chapter 13 Trustee, <br>　　　Movant <br>　　vs. <br>No Respondents. | Case No.:19-23887 JAD <br><br>Chapter 13 <br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 28, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/04/2019 and confirmed on 12/20/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 64,652.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 64,652.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,300.00 | |
|    Trustee Fee | 3,290.56 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,590.56 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 18,627.55 | 18,627.55 | 0.00 | 18,627.55 |
|     Acct: 3537 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 4,644.05 | 4,644.05 | 0.00 | 4,644.05 |
|     Acct: 3537 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 27,998.55 | 0.00 | 27,998.55 |
|     Acct: 3537 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3537 | | | | |
|   ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0118 | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3130 | | | | |
| | | | | 51,270.15 |
| **Priority** | | | | |
|   ALBERT G REESE JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TROY R SHEFFIELD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF ALBERT G REESE JR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALBERT G REESE JR ESQ | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 501.58 | 501.58 | 0.00 | 501.58 |
|     Acct: 7652 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 5,210.46 | 0.00 | 5,210.46 |
|     Acct: 0402 | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3130 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3537 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3537 | | | | |
| | | | | 5,712.04 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | ACBA FCU(*)<br>Acct: 1202 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1211 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1205 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1207 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1208 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1204 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1210 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1203 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1209 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1211 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 6512 | 5,712.16 | 106.56 | 0.00 | 106.56 |
| | ACBA FCU(*)<br>Acct: 1201 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1204 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1205 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1204 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1208 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1202 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1207 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1201 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1204 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1203 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1201 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1204 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1206 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1204 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1205 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1202 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1209 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1208 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1204 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | ACBA FCU(*)<br>Acct: 1203 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1201 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1204 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1206 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1202 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1207 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1205 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1204 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1206 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1201 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1203 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1202 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1201 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1210 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1203 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1209 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1211 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1206 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1201 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1204 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1205 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1204 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1208 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1202 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1207 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1201 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1204 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1203 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1201 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACBA FCU(*)<br>Acct: 1204 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | ACBA FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1206 | | | | |
| | ACBA FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1204 | | | | |
| | ACBA FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1205 | | | | |
| | ACBA FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1202 | | | | |
| | ACBA FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1209 | | | | |
| | ACBA FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1208 | | | | |
| | ACBA FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1204 | | | | |
| | ACBA FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1203 | | | | |
| | ACBA FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1201 | | | | |
| | ACBA FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1204 | | | | |
| | ACBA FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1206 | | | | |
| | ACBA FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1202 | | | | |
| | ACBA FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1207 | | | | |
| | ACBA FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1205 | | | | |
| | ACBA FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1204 | | | | |
| | ACBA FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1206 | | | | |
| | ACBA FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1201 | | | | |
| | ACBA FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1203 | | | | |
| | ACBA FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1202 | | | | |
| | ACBA FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1201 | | | | |
| | AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6035 | | | | |
| | ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7609 | | | | |
| | ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7516 | | | | |
| | ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ATT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0097 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 453.89 | 8.47 | 0.00 | 8.47 |
| | Acct: 6576 | | | | |
| | CAPITAL ONE AUTO FINANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1001 | | | | |
| | CAPITAL ONE AUTO FINANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1001 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | CAPITAL ONE AUTO FINANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1001 | | | | |
| | CAPITAL ONE AUTO FINANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1001 | | | | |
| | CITIMORTGAGE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5674 | | | | |
| | CITIMORTGAGE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5674 | | | | |
| | COMCAST | 166.25 | 3.10 | 0.00 | 3.10 |
| | Acct: 9119 | | | | |
| | CONTINENTAL FINANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7185 | | | | |
| | CONTINENTAL FINANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7185 | | | | |
| | CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5201 | | | | |
| | CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5201 | | | | |
| | CMC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3079 | | | | |
| | LVNV FUNDING LLC | 301.22 | 5.62 | 0.00 | 5.62 |
| | Acct: 9253 | | | | |
| | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9253 | | | | |
| | CREDIT PROTECTION ASSN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3712 | | | | |
| | CREDIT PROTECTION ASSN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3712 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 364.92 | 6.81 | 0.00 | 6.81 |
| | Acct: 7280 | | | | |
| | EOS CCA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2262 | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6941 | | | | |
| | GEORGE J FRANCIS MD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5790 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NATIONAL REHAB | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NAVIENT PC TRUST | 32,014.98 | 597.28 | 0.00 | 597.28 |
| | Acct: 7652 | | | | |
| | NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6919 | | | | |
| | NORTH SIDE CHRISTIAN HC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7377 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8831 | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8201 | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8201 | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8201 | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8201 | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8201 | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8201 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4821 | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 13,646.73 | 254.60 | 0.00 | 254.60 |
| | Acct: 2L01 | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8201 | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8201 | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8201 | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8201 | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8201 | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8201 | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8201 | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8201 | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8201 | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8201 | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8201 | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4821 | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8201 | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8201 | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8201 | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8201 | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8201 | | | | |
| | POST GAZETTE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8201 | | | | |
| | QUEST DIAGNOSTIC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0846 | | | | |
| | RPM++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2026 | | | | |
| | REFLEX++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7185 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2263 | | | | |
| | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3164 | | | | |
| | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3164 | | | | |
| | WILKINSBURG-PENN JT WATER AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5930 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR GE | 269.56 | 5.03 | 0.00 | 5.03 |
| | Acct: 8349 | | | | |
| | ALLY BANK(*) | 4,902.39 | 91.46 | 0.00 | 91.46 |
| | Acct: 0118 | | | | |
| | INTERNAL REVENUE SERVICE* | 16.97 | 0.32 | 0.00 | 0.32 |
| | Acct: 7652 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CARLA SHEFFIELD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 1,079.25 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 58,061.44 |

TOTAL CLAIMED
PRIORITY          501.58
SECURED        23,271.60
UNSECURED      57,849.07

Date: 01/28/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
TROY R SHEFFIELD

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-23887 JAD

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23887-JAD |
| Troy R Sheffield | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 03, 2025 | Form ID: pdf900 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Troy R Sheffield, 728 MacBeth Drive, Pittsburgh, PA 15235-4614 |
| 15168913 | + | CITIMORTGAGE, INC., CENLAR FSB SUBSERVICING ON BEHALF OF, CITIMORTGAGE, INC., BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 15158473 | + | Carla Sheffield, 6 Moga Street, Pittsburgh, PA 15206-2240 |
| 15158474 | + | Cenlar Central Loan Administration, PO Box 77423, Trenton, NJ 08628-7423 |
| 15134466 | + | Credit Protection Association, Attn: Bankruptcy, Po Box 802068, Dallas, TX 75380-2068 |
| 15158487 | + | George J. Francis, M.D. , LTD, 4727 Friendship Ave. # 300, Pittsburgh, PA 15224-1778 |
| 15158490 | + | National Rehab Equipment, Inc., 540 Lindbergh Dr., Coraopolis, PA 15108-2750 |
| 15158492 | + | North Side Christian Health center, 816 Middle Street, Pittsburgh, PA 15212-4915 |
| 15134469 | + | Post Gazette Federal CU, 2201 Sweeney Drive, Clinton, PA 15026-1818 |
| 15158496 | + | Post-gazette Fcu, 2201 Sweeney Drive, Clinton, PA 15026-1818 |
| 15158497 | + | Quest Diagnostics, PO Box 71313, Philadelphia, PA 19176-1313 |
| 15158502 | + | Wilkinsburg Penn Joint Water Authority, 2200 Robinson Blvd, PA 15221-1193 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 04 2025 00:25:00 | Wilmington Savings Fund Society, FSB, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Rd, Anaheim, CA 92806 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 04 2025 00:25:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15181032 | + | Email/Text: acbafcu@onecommail.com | Feb 04 2025 00:25:00 | ACBA Federal Credit Union, The Bank Tower, Ste. 801, 307 Fourth Ave., Pittsburgh, PA 15222-2113 |
| 15134457 | + | Email/Text: bncnotifications@pheaa.org | Feb 04 2025 00:25:00 | AES/Blue Ridge Funding, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15158469 | | Email/Text: g17768@att.com | Feb 04 2025 00:25:00 | AT&T, PO Box 755, Atwater, CA 95301-0755 |
| 15134456 | + | Email/Text: acbafcu@onecommail.com | Feb 04 2025 00:25:00 | Acba Fcu, 300 Liberty Ave, Pittsburgh, PA 15222-1210 |
| 15158467 | ^ | MEBN | Feb 04 2025 00:08:58 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15167390 | | Email/Text: ally@ebn.phinsolutions.com | Feb 04 2025 00:25:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 15134458 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 04 2025 00:25:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15158484 | | Email/Text: kburkley@bernsteinlaw.com | Feb 04 2025 00:26:00 | Duquesne Light Company, PAYMENT |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | PROCESSING CENTER, PO BOX 10, Pittsburgh, PA 15230-0010 |
| 15385632 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 04 2025 00:25:00 | WILMINGTON SAVINGS FUND SOCIETY,, FSB, AS TRUSTEE OF STANWICH, MORTGAGE LOAN TRUST I, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15163896 | + | Email/Text: documentfiling@lciinc.com | Feb 04 2025 00:25:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15134463 | | Email/Text: cfcbackoffice@contfinco.com | Feb 04 2025 00:25:00 | Continental Finance Co, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 15158478 | | Email/Text: cfcbackoffice@contfinco.com | Feb 04 2025 00:25:00 | Continental Finance Co, Po Box 8099, Newark, DE 19714 |
| 15158499 | | Email/Text: cfcbackoffice@contfinco.com | Feb 04 2025 00:25:00 | Reflex, PO Box 6812, Carol Stream, IL 60197 |
| 15134459 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2025 00:32:55 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15134460 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 04 2025 00:32:39 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15134461 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 04 2025 00:31:34 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15139824 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2025 00:55:57 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15134462 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2025 00:32:06 | Citimortgage, Attn: Centralized Bankruptcy, Po Box 9438, Gettsburg, MD 20898-9438 |
| 15158476 | + | Email/Text: documentfiling@lciinc.com | Feb 04 2025 00:25:00 | Comcast, PO Box 719, Toledo, OH 43697-0719 |
| 15134464 | + | Email/Text: ccusa@ccuhome.com | Feb 04 2025 00:25:00 | Credit Collections USA, LLC, Attn: Bankruptcy, 16 Distributor Drive Ste 1, Morgantown, WV 26501-7209 |
| 15158480 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 04 2025 00:26:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15134465 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 04 2025 00:32:40 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15168221 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 04 2025 00:26:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15158485 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 04 2025 00:26:00 | EOS CCA, PO Box 329, Norwell, MA 02061-0329 |
| 15134467 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 04 2025 00:45:05 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15158483 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 04 2025 00:25:00 | Department of the Treasury, 310 Lowell St. Stop 360, Andover, MA 01810 |
| 15158488 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 04 2025 00:26:00 | Jefferson Capital Systems LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15157190 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2025 00:31:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15166980 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 04 2025 00:32:30 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15158489 | ^ | MEBN | Feb 04 2025 00:09:04 | Midland Mortgage, PO Box 268806, Oklahoma City, OK 73126-8806 |
| 15134468 | + | Email/PDF: bankruptcy_prod@navient.com | Feb 04 2025 00:44:50 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |

| Recip ID | | Notice Info | Date/Time | Recipient |
|---|---|---|---|---|
| 15179701 | | Email/PDF: bankruptcy_prod@navient.com | Feb 04 2025 00:44:31 | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15158493 | ^ | MEBN | Feb 04 2025 00:09:02 | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15164107 | | Email/Text: bnc-quantum@quantum3group.com | Feb 04 2025 00:26:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15158498 | + | Email/Text: Supportservices@receivablesperformance.com | Feb 04 2025 00:26:00 | Receivables Performance Management, LLC, PO Box 1548, Lynnwood, WA 98046-1548 |
| 15158500 | | Email/Text: amieg@stcol.com | Feb 04 2025 00:25:00 | State Collection Service, Inc., PO Box 6250, Madison, WI 53716 |
| 15134470 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 04 2025 00:25:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CITIMORTGAGE, INC. |
| cr | | MIDFIRST BANK |
| cr | | Wilmington Savings Fund Society, FSB, asTrustee of |
| 15158495 | | Post-gazette Fcu |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15158466 | *+ | AES/Blue Ridge Funding, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15158465 | *+ | Acba Fcu, 300 Liberty Ave, Pittsburgh, PA 15222-1210 |
| 15158468 | *+ | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15158477 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Co, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 15158470 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15158471 | *+ | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15158472 | * | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15158475 | *+ | Citimortgage, Attn: Centralized Bankruptcy, Po Box 9438, Gettsburg, MD 20898-9438 |
| 15158479 | *+ | Credit Collections USA, LLC, Attn: Bankruptcy, 16 Distributor Drive Ste 1, Morgantown, WV 26501-7209 |
| 15158481 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15158482 | *+ | Credit Protection Association, Attn: Bankruptcy, Po Box 802068, Dallas, TX 75380-2068 |
| 15158486 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15158491 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15158494 | *+ | Post Gazette Federal CU, 2201 Sweeney Drive, Clinton, PA 15026-1818 |
| 15158501 | *+ | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 4 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Troy R Sheffield areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Daniel Philip Jones | on behalf of Creditor CITIMORTGAGE INC. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor Wilmington Savings Fund Society FSB, asTrustee of Stanwich Mortgage Loan Trust I djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor CITIMORTGAGE INC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor CITIMORTGAGE INC. pawb@fedphe.com |

TOTAL: 10