**Fill in this information to identify the case:**

Debtor 1 _____ Troy R Sheffield _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Western District of Pennsylvania__
(State)

Case number ____19-23887-JAD____

## Official Form 4100R

# Response to Notice of Final Cure Payment                                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust I

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 3537

**Property address:**
728 Mac Beth Drive
Pittsburgh, PA 15235

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with §1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

The next postpetition payments from the debtor(s) is due on:    04/01/2025
                                                                  MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with §1322(b)(5) of the Bankruptcy Code, include all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:                                (a) $_____
b. Total fees, charges, expenses, escrow, and costs outstanding:           (b) $_____
c. **Total.** Add lines a and b.                                           (c) $_____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payments(s) that first became due on:    ____/____/____
                                                                         MM/DD/YYYY

| Debtor 1 | Troy R Sheffield | Case number (*if known*) 19-23887-JAD |
|---|---|---|

### Part 4: Itemized payment History

If the creditor disagrees in Part 2 that the prepetition arrearage had been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

X  /s/ Daniel P. Jones         Date February 24, 2025
   Signature

Print:    Daniel P.            Jones
          First Name  Middle Name  Last Name

Title:    Attorney for Creditor

Company:  Stern & Eisenberg, PC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address:
          1581 Main Street, Suite 200
          The Shops at Valley Square
          Warrington, PA 18976

Contact phone (215) 572-8111          Email: djones@sterneisenberg.com

| Certificate of Service |
|---|

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date.

Date:  February 24, 2025

Albert G. Reese, Jr.
Law Office of Albert G. Reese, Jr.
640 Rodi Road
2nd Floor, Suite 2
Pittsburgh, PA 15235
areese8897@aol.com
*Counsel for Debtor*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Chapter13 Trustee*

Office of the U.S. Trustee
Liberty Center
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Troy R Sheffield
728 MacBeth Drive
Pittsburgh, PA 15235
*Debtor(s)*

By:    /s/  Daniel P. Jones
      Daniel P. Jones, Bar No: 321876
      Stern & Eisenberg, PC
      1581 Main Street, Suite 200
      The Shops at Valley Square
      Warrington, PA 18976
      djones@sterneisenberg.com
      Counsel for Movant