**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Troy R Sheffield <br> First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–7652 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–23887–JAD | |

# Order of Discharge                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Troy R Sheffield

<u>3/19/25</u>                                           **By the court:** <u>Jeffery A. Deller</u>
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W               **Chapter 13 Discharge**                page 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:    Case No. 19-23887-JAD
Troy R Sheffield    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 4
Date Rcvd: Mar 19, 2025    Form ID: 3180W    Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Troy R Sheffield, 728 MacBeth Drive, Pittsburgh, PA 15235-4614 |
| 15168913 | + | CITIMORTGAGE, INC., CENLAR FSB SUBSERVICING ON BEHALF OF, CITIMORTGAGE, INC., BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 15158473 | + | Carla Sheffield, 6 Moga Street, Pittsburgh, PA 15206-2240 |
| 15158474 | + | Cenlar Central Loan Administration, PO Box 77423, Trenton, NJ 08628-7423 |
| 15134466 | + | Credit Protection Association, Attn: Bankruptcy, Po Box 802068, Dallas, TX 75380-2068 |
| 15158487 | + | George J. Francis, M.D. , LTD, 4727 Friendship Ave. # 300, Pittsburgh, PA 15224-1778 |
| 15158490 | + | National Rehab Equipment, Inc., 540 Lindbergh Dr., Coraopolis, PA 15108-2750 |
| 15158492 | + | North Side Christian Health center, 816 Middle Street, Pittsburgh, PA 15212-4915 |
| 15134469 | + | Post Gazette Federal CU, 2201 Sweeney Drive, Clinton, PA 15026-1818 |
| 15158496 | + | Post-gazette Fcu, 2201 Sweeney Drive, Clinton, PA 15026-1818 |
| 15158497 | + | Quest Diagnostics, PO Box 71313, Philadelphia, PA 19176-1313 |
| 15158502 | + | Wilkinsburg Penn Joint Water Authority, 2200 Robinson Blvd, PA 15221-1193 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 20 2025 04:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2025 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 20 2025 04:14:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2025 00:22:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 20 2025 00:20:00 | Wilmington Savings Fund Society, FSB, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Rd, Anaheim, CA 92806 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 20 2025 00:20:00 | Wilmington Savings Fund Society, FSB, as Trustee o, 1600 South Douglass Road Ste 110,, PMB 200A, Anaheim, CA 92806 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 20 2025 00:21:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15181032 | + | Email/Text: acbafcu@onecommail.com | Mar 20 2025 00:21:00 | ACBA Federal Credit Union, The Bank Tower, |

Case 19-23887-JAD   Doc 159   Filed 03/21/25   Entered 03/22/25 00:31:46   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 19, 2025 | Form ID: 3180W | Total Noticed: 55 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Ste. 801, 307 Fourth Ave., Pittsburgh, PA 15222-2113 |
| 15134457 | + | Email/Text: bncnotifications@pheaa.org | Mar 20 2025 00:21:00 | AES/Blue Ridge Funding, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15158469 | | EDI: ATTWIREBK.COM | Mar 20 2025 04:14:00 | AT&T, PO Box 755, Atwater, CA 95301-0755 |
| 15134456 | + | Email/Text: acbafcu@onecommail.com | Mar 20 2025 00:21:00 | Acba Fcu, 300 Liberty Ave, Pittsburgh, PA 15222-1210 |
| 15158467 | ^ | MEBN | Mar 20 2025 00:13:31 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15167390 | | EDI: GMACFS.COM | Mar 20 2025 04:14:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 15134458 | + | EDI: GMACFS.COM | Mar 20 2025 04:14:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15158484 | | Email/Text: kburkley@bernsteinlaw.com | Mar 20 2025 00:23:00 | Duquesne Light Company, PAYMENT PROCESSING CENTER, PO BOX 10, Pittsburgh, PA 15230-0010 |
| 15385632 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 20 2025 00:20:00 | WILMINGTON SAVINGS FUND SOCIETY,, FSB, AS TRUSTEE OF STANWICH, MORTGAGE LOAN TRUST I, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 16508561 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 20 2025 00:20:00 | Wilmington Savings Fund Society, FSB,, as trustee of, Stanwich Mortgage Loan Trust F, 1600 South Douglass Rd., Anaheim, CA 92806 |
| 15163896 | + | EDI: COMCASTCBLCENT | Mar 20 2025 04:08:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15134463 | | Email/Text: cfcbackoffice@contfinco.com | Mar 20 2025 00:21:00 | Continental Finance Co, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 15158478 | | Email/Text: cfcbackoffice@contfinco.com | Mar 20 2025 00:21:00 | Continental Finance Co, Po Box 8099, Newark, DE 19714 |
| 15158499 | | Email/Text: cfcbackoffice@contfinco.com | Mar 20 2025 00:21:00 | Reflex, PO Box 6812, Carol Stream, IL 60197 |
| 15134459 | + | EDI: CAPITALONE.COM | Mar 20 2025 04:14:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15134460 | + | EDI: CAPONEAUTO.COM | Mar 20 2025 04:14:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15134461 | | EDI: CAPONEAUTO.COM | Mar 20 2025 04:14:00 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15139824 | | EDI: CAPITALONE.COM | Mar 20 2025 04:14:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15134462 | + | EDI: CITICORP | Mar 20 2025 04:14:00 | Citimortgage, Attn: Centralized Bankruptcy, Po Box 9438, Gettsburg, MD 20898-9438 |
| 15158476 | + | EDI: COMCASTCBLCENT | Mar 20 2025 04:08:00 | Comcast, PO Box 719, Toledo, OH 43697-0719 |
| 15134464 | + | EDI: CCUSA.COM | Mar 20 2025 04:08:00 | Credit Collections USA, LLC, Attn: Bankruptcy, 16 Distributor Drive Ste 1, Morgantown, WV 26501-7209 |
| 15158480 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 20 2025 00:22:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15134465 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 20 2025 00:25:36 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15168221 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 20 2025 00:23:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

Case 19-23887-JAD   Doc 159   Filed 03/21/25   Entered 03/22/25 00:31:46   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 19, 2025 | Form ID: 3180W | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 15158485 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 20 2025 00:23:00 | EOS CCA, PO Box 329, Norwell, MA 02061-0329 |
| 15134467 | + | EDI: AMINFOFP.COM | Mar 20 2025 04:14:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15158483 | | EDI: IRS.COM | Mar 20 2025 04:14:00 | Department of the Treasury, 310 Lowell St. Stop 360, Andover, MA 01810 |
| 15158488 | | EDI: JEFFERSONCAP.COM | Mar 20 2025 04:14:00 | Jefferson Capital Systems LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15157190 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 00:26:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15166980 | + | Email/Text: bkmail@midfirst.com | Mar 20 2025 00:21:00 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15158489 | ^ | MEBN | Mar 20 2025 00:13:37 | Midland Mortgage, PO Box 268806, Oklahoma City, OK 73126-8806 |
| 15134468 | + | Email/PDF: bankruptcy_prod@navient.com | Mar 20 2025 00:25:40 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15179701 | | Email/PDF: bankruptcy_prod@navient.com | Mar 20 2025 00:26:29 | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15158493 | ^ | MEBN | Mar 20 2025 00:13:36 | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15164107 | | EDI: Q3G.COM | Mar 20 2025 04:14:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15158498 | + | Email/Text: Supportservices@receivablesperformance.com | Mar 20 2025 00:23:00 | Receivables Performance Management, LLC, PO Box 1548, Lynnwood, WA 98046-1548 |
| 15158500 | | Email/Text: amieg@stcol.com | Mar 20 2025 00:21:00 | State Collection Service, Inc., PO Box 6250, Madison, WI 53716 |
| 15134470 | + | EDI: VERIZONCOMB.COM | Mar 20 2025 04:08:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CITIMORTGAGE, INC. |
| cr | | MIDFIRST BANK |
| cr | | Wilmington Savings Fund Society, FSB, asTrustee of |
| 15158495 | | Post-gazette Fcu |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15158466 | *+ | AES/Blue Ridge Funding, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15158465 | *+ | Acba Fcu, 300 Liberty Ave, Pittsburgh, PA 15222-1210 |
| 15158468 | *+ | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15158477 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Co, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 15158470 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15158471 | *+ | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15158472 | * | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15158475 | *+ | Citimortgage, Attn: Centralized Bankruptcy, Po Box 9438, Gettysburg, MD 20898-9438 |
| 15158479 | *+ | Credit Collections USA, LLC, Attn: Bankruptcy, 16 Distributor Drive Ste 1, Morgantown, WV 26501-7209 |
| 15158481 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15158482 | *+ | Credit Protection Association, Attn: Bankruptcy, Po Box 802068, Dallas, TX 75380-2068 |
| 15158486 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15158491 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |

Case 19-23887-JAD    Doc 159    Filed 03/21/25    Entered 03/22/25 00:31:46    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 19, 2025 | Form ID: 3180W | Total Noticed: 55 |

| 15158494 | *+ | Post Gazette Federal CU, 2201 Sweeney Drive, Clinton, PA 15026-1818 |
| 15158501 | *+ | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 4 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:

**Name**  **Email Address**

Albert G. Reese, Jr.
on behalf of Debtor Troy R Sheffield areese8897@aol.com
agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com

Daniel Philip Jones
on behalf of Creditor CITIMORTGAGE  INC. djones@sterneisenberg.com, bkecf@sterneisenberg.com

Daniel Philip Jones
on behalf of Creditor Wilmington Savings Fund Society  FSB, asTrustee of Stanwich Mortgage Loan Trust I djones@sterneisenberg.com, bkecf@sterneisenberg.com

Denise Carlon
on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mario J. Hanyon
on behalf of Creditor CITIMORTGAGE  INC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
on behalf of Creditor CITIMORTGAGE  INC. pawb@fedphe.com

TOTAL: 10