**IN THE UNITED STATES BANKRUPTCY COURT** **DEFAULT O/E JAD**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br>TROY R SHEFFIELD<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Repondents. | Case No.:19-23887 JAD<br><br>Chapter 13<br><br>Document No.: 148 | FILED<br>3/19/25 3:07 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

**ORDER OF COURT**

AND NOW, this ___19th___ day of ___March___, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23887-JAD |
| Troy R Sheffield | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 19, 2025 | Form ID: pdf900 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Troy R Sheffield, 728 MacBeth Drive, Pittsburgh, PA 15235-4614 |
| 15168913 | + | CITIMORTGAGE, INC., CENLAR FSB SUBSERVICING ON BEHALF OF, CITIMORTGAGE, INC., BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 15158473 | + | Carla Sheffield, 6 Moga Street, Pittsburgh, PA 15206-2240 |
| 15158474 | + | Cenlar Central Loan Administration, PO Box 77423, Trenton, NJ 08628-7423 |
| 15134466 | + | Credit Protection Association, Attn: Bankruptcy, Po Box 802068, Dallas, TX 75380-2068 |
| 15158487 | + | George J. Francis, M.D. , LTD, 4727 Friendship Ave. # 300, Pittsburgh, PA 15224-1778 |
| 15158490 | + | National Rehab Equipment, Inc., 540 Lindbergh Dr., Coraopolis, PA 15108-2750 |
| 15158492 | + | North Side Christian Health center, 816 Middle Street, Pittsburgh, PA 15212-4915 |
| 15134469 | + | Post Gazette Federal CU, 2201 Sweeney Drive, Clinton, PA 15026-1818 |
| 15158496 | + | Post-gazette Fcu, 2201 Sweeney Drive, Clinton, PA 15026-1818 |
| 15158497 | + | Quest Diagnostics, PO Box 71313, Philadelphia, PA 19176-1313 |
| 15158502 | + | Wilkinsburg Penn Joint Water Authority, 2200 Robinson Blvd, PA 15221-1193 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 20 2025 00:20:00 | Wilmington Savings Fund Society, FSB, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Rd, Anaheim, CA 92806 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 20 2025 00:20:00 | Wilmington Savings Fund Society, FSB, as Trustee o, 1600 South Douglass Road Ste 110,, PMB 200A, Anaheim, CA 92806 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 20 2025 00:21:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15181032 | + | Email/Text: acbafcu@onecommail.com | Mar 20 2025 00:21:00 | ACBA Federal Credit Union, The Bank Tower, Ste. 801, 307 Fourth Ave., Pittsburgh, PA 15222-2113 |
| 15134457 | + | Email/Text: bncnotifications@pheaa.org | Mar 20 2025 00:21:00 | AES/Blue Ridge Funding, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15158469 | | Email/Text: g17768@att.com | Mar 20 2025 00:21:00 | AT&T, PO Box 755, Atwater, CA 95301-0755 |
| 15134456 | + | Email/Text: acbafcu@onecommail.com | Mar 20 2025 00:21:00 | Acba Fcu, 300 Liberty Ave, Pittsburgh, PA 15222-1210 |
| 15158467 | ^ | MEBN | Mar 20 2025 00:13:30 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15167390 | | Email/Text: ally@ebn.phinsolutions.com | Mar 20 2025 00:20:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 15134458 | + | Email/Text: ally@ebn.phinsolutions.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 19, 2025 | Form ID: pdf900 | Total Noticed: 53 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | Mar 20 2025 00:20:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15158484 | Email/Text: kburkley@bernsteinlaw.com | Mar 20 2025 00:23:00 | Duquesne Light Company, PAYMENT PROCESSING CENTER, PO BOX 10, Pittsburgh, PA 15230-0010 |
| 15385632 | Email/Text: BKBCNMAIL@carringtonms.com | Mar 20 2025 00:20:00 | WILMINGTON SAVINGS FUND SOCIETY,, FSB, AS TRUSTEE OF STANWICH, MORTGAGE LOAN TRUST I, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 16508561 | Email/Text: BKBCNMAIL@carringtonms.com | Mar 20 2025 00:20:00 | Wilmington Savings Fund Society, FSB,, as trustee of, Stanwich Mortgage Loan Trust F, 1600 South Douglass Rd., Anaheim, CA 92806 |
| 15163896 | + Email/Text: documentfiling@lciinc.com | Mar 20 2025 00:20:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15134463 | Email/Text: cfcbackoffice@contfinco.com | Mar 20 2025 00:21:00 | Continental Finance Co, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 15158478 | Email/Text: cfcbackoffice@contfinco.com | Mar 20 2025 00:21:00 | Continental Finance Co, Po Box 8099, Newark, DE 19714 |
| 15158499 | Email/Text: cfcbackoffice@contfinco.com | Mar 20 2025 00:21:00 | Reflex, PO Box 6812, Carol Stream, IL 60197 |
| 15134459 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2025 00:39:23 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15134460 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 20 2025 00:26:24 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15134461 | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 20 2025 00:49:50 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15139824 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2025 00:26:22 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15134462 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2025 01:03:51 | Citimortgage, Attn: Centralized Bankruptcy, Po Box 9438, Gettsburg, MD 20898-9438 |
| 15158476 | + Email/Text: documentfiling@lciinc.com | Mar 20 2025 00:20:00 | Comcast, PO Box 719, Toledo, OH 43697-0719 |
| 15134464 | + Email/Text: ccusa@ccuhome.com | Mar 20 2025 00:20:00 | Credit Collections USA, LLC, Attn: Bankruptcy, 16 Distributor Drive Ste 1, Morgantown, WV 26501-7209 |
| 15158480 | + Email/Text: bdsupport@creditmanagementcompany.com | Mar 20 2025 00:22:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15134465 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 20 2025 00:25:34 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15168221 | + Email/Text: kburkley@bernsteinlaw.com | Mar 20 2025 00:23:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15158485 | + Email/Text: bankruptcydepartment@tsico.com | Mar 20 2025 00:23:00 | EOS CCA, PO Box 329, Norwell, MA 02061-0329 |
| 15134467 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 20 2025 00:38:32 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15158483 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 20 2025 00:21:00 | Department of the Treasury, 310 Lowell St. Stop 360, Andover, MA 01810 |
| 15158488 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 20 2025 00:22:00 | Jefferson Capital Systems LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15157190 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 00:25:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15166980 | + Email/Text: bkmail@midfirst.com | Mar 20 2025 00:21:00 | MidFirst Bank, 999 Northwest Grand Boulevard, |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15158489 | | ^ MEBN | Mar 20 2025 00:13:38 | Oklahoma City, OK 73118-6051 Midland Mortgage, PO Box 268806, Oklahoma City, OK 73126-8806 |
| 15134468 | + | Email/PDF: bankruptcy_prod@navient.com | Mar 20 2025 00:39:07 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15179701 | | Email/PDF: bankruptcy_prod@navient.com | Mar 20 2025 00:25:07 | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15158493 | | ^ MEBN | Mar 20 2025 00:13:37 | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15164107 | | Email/Text: bnc-quantum@quantum3group.com | Mar 20 2025 00:22:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15158498 | + | Email/Text: Supportservices@receivablesperformance.com | Mar 20 2025 00:23:00 | Receivables Performance Management, LLC, PO Box 1548, Lynnwood, WA 98046-1548 |
| 15158500 | | Email/Text: amieg@stcol.com | Mar 20 2025 00:21:00 | State Collection Service, Inc., PO Box 6250, Madison, WI 53716 |
| 15134470 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 20 2025 00:20:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 41

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CITIMORTGAGE, INC. |
| cr | | MIDFIRST BANK |
| cr | | Wilmington Savings Fund Society, FSB, asTrustee of |
| 15158495 | | Post-gazette Fcu |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15158466 | *+ | AES/Blue Ridge Funding, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15158465 | *+ | Acba Fcu, 300 Liberty Ave, Pittsburgh, PA 15222-1210 |
| 15158468 | *+ | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15158477 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Co, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 15158470 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15158471 | *+ | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15158472 | * | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15158475 | *+ | Citimortgage, Attn: Centralized Bankruptcy, Po Box 9438, Gettysburg, MD 20898-9438 |
| 15158479 | *+ | Credit Collections USA, LLC, Attn: Bankruptcy, 16 Distributor Drive Ste 1, Morgantown, WV 26501-7209 |
| 15158481 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15158482 | *+ | Credit Protection Association, Attn: Bankruptcy, Po Box 802068, Dallas, TX 75380-2068 |
| 15158486 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15158491 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15158494 | *+ | Post Gazette Federal CU, 2201 Sweeney Drive, Clinton, PA 15026-1818 |
| 15158501 | *+ | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 4 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 21, 2025  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert G. Reese, Jr. | on behalf of Debtor Troy R Sheffield areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Daniel Philip Jones | on behalf of Creditor CITIMORTGAGE INC. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor Wilmington Savings Fund Society FSB, asTrustee of Stanwich Mortgage Loan Trust I djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor CITIMORTGAGE INC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor CITIMORTGAGE INC. pawb@fedphe.com |

TOTAL: 10