## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

In re:

    TROY R SHEFFIELD

       Debtor(s)

Case No. 19-23887JAD

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/04/2019.

2) The plan was confirmed on 12/20/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/06/2020, 04/04/2023.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 12/18/2024.

6) Number of months from filing or conversion to last payment: 63.

7) Number of months case was pending: 66.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $88,938.50.

10) Amount of unsecured claims discharged without full payment: $49,904.68.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $64,652.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$64,652.00** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,300.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $3,290.56 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$6,590.56** |

Attorney fees paid and disclosed by debtor:          $700.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACBA FCU(*) | Unsecured | 487.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 602.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 746.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 852.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 997.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | 5,712.16 | 5,712.16 | 106.56 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 48.32 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACBA FCU(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK | Unsecured | 17.15 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK | Unsecured | 48.32 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| ALLY BANK(*) | Unsecured | 0.00 | 4,902.39 | 4,902.39 | 91.46 | 0.00 |
| ALLY BANK(*) | Secured | 12,750.00 | 8,125.00 | 0.00 | 0.00 | 0.00 |
| ATT++ | Unsecured | 549.99 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 453.00 | 453.89 | 453.89 | 8.47 | 0.00 |
| CITIMORTGAGE(*)++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE(*)++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CMC | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 0.00 | 166.25 | 166.25 | 3.10 | 0.00 |
| CONTINENTAL FINANCE COMPANY | Unsecured | 466.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE COMPANY | Unsecured | 466.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTIONS USA | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTIONS USA | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 301.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSN++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSN++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY(*) | Unsecured | 398.47 | 364.92 | 364.92 | 6.81 | 0.00 |
| EOS CCA++ | Unsecured | 418.98 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 948.00 | NA | NA | 0.00 | 0.00 |
| GEORGE J FRANCIS MD++ | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 16.97 | 16.97 | 0.32 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 565.85 | 501.58 | 501.58 | 501.58 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 958.87 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 301.00 | 301.22 | 301.22 | 5.62 | 0.00 |
| MIDFIRST BANK SSB* | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDFIRST BANK SSB* | Secured | 15,000.00 | 5,368.91 | 0.00 | 0.00 | 0.00 |
| NATIONAL REHAB | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT | Unsecured | 31,964.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT PC TRUST | Unsecured | 31,964.00 | 32,014.98 | 32,014.98 | 597.28 | 0.00 |
| NORTH SIDE CHRISTIAN HC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | 644.60 | NA | NA | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Priority | NA | NA | NA | 5,210.46 | 0.00 |
| POST GAZETTE FEDERAL CREDIT UN | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| POST GAZETTE FEDERAL CREDIT UN | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| POST GAZETTE FEDERAL CREDIT UN | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| POST GAZETTE FEDERAL CREDIT UN | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| POST GAZETTE FEDERAL CREDIT UN | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| POST GAZETTE FEDERAL CREDIT UN | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| POST GAZETTE FEDERAL CREDIT UN | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| POST GAZETTE FEDERAL CREDIT UN | Unsecured | 13,893.00 | 13,646.73 | 13,646.73 | 254.60 | 0.00 |
| POST GAZETTE FEDERAL CREDIT UN | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| POST GAZETTE FEDERAL CREDIT UN | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| POST GAZETTE FEDERAL CREDIT UN | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| POST GAZETTE FEDERAL CREDIT UN | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| POST GAZETTE FEDERAL CREDIT UN | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| POST GAZETTE FEDERAL CREDIT UN | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| POST GAZETTE FEDERAL CREDIT UN | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| POST GAZETTE FEDERAL CREDIT UN | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| POST GAZETTE FEDERAL CREDIT UN | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| POST GAZETTE FEDERAL CREDIT UN | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| POST GAZETTE FEDERAL CREDIT UN | Unsecured | 13,893.00 | NA | NA | 0.00 | 0.00 |
| POST GAZETTE FEDERAL CREDIT UN | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| POST GAZETTE FEDERAL CREDIT UN | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| POST GAZETTE FEDERAL CREDIT UN | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| POST GAZETTE FEDERAL CREDIT UN | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| POST GAZETTE FEDERAL CREDIT UN | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT FO | Unsecured | NA | 269.56 | 269.56 | 5.03 | 0.00 |
| QUEST DIAGNOSTIC | Unsecured | 36.70 | NA | NA | 0.00 | 0.00 |
| REFLEX++ | Unsecured | 466.75 | NA | NA | 0.00 | 0.00 |
| RPM++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| STATE COLLECTION SERVICE INC | Unsecured | 171.40 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WILKINSBURG-PENN JT WATER AUTH | Unsecured | 55.80 | NA | NA | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIE | Secured | 90,000.00 | 98,791.13 | 18,627.55 | 18,627.55 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIE | Secured | 0.00 | 0.00 | 4,644.05 | 4,644.05 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIE | Secured | 0.00 | 100,871.06 | 0.00 | 27,998.55 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIE | Secured | 0.00 | 5,418.19 | 0.00 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIE | Priority | 0.00 | 1,400.00 | 0.00 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIE | Priority | 0.00 | 225.00 | 0.00 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $23,271.60 | $51,270.15 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$23,271.60** | **$51,270.15** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $501.58 | $5,712.04 | $0.00 |
| **TOTAL PRIORITY:** | **$501.58** | **$5,712.04** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$57,849.07** | **$1,079.25** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $6,590.56 |
| Disbursements to Creditors | $58,061.44 |
| | |
| **TOTAL DISBURSEMENTS :** | **$64,652.00** |

UST Form 101-13-FR-S (09/01/2009)

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/04/2025                          By: /s/ Ronda J. Winnecour
                                                              Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**